# Keyword Index

## #

**#1** [1] **15:**12
**#3** [25] **13:**25 **22:**1 **77:**4,5,21, 24 **78:**4,10 **83:**16,21 **84:** 85:22 **86:**19 **87:**16 **92:**4 **94:** 25 **95:**21 **96:**7 **119:**2,22 **121:**15 **125:**10,19 **126:**15 **127:**20
**#5** [9] **78:**17 **79:**1 **84:**5,6,7,8 **85:**22 **86:**15 **87:**21
**#6** [29] **7:**19 **8:**8,11,12,13 **9:** 14 **11:**8,17 **12:**2,6 **16:**3 **18:** 24 **32:**4,8,20 **34:**25 **44:**13 **46:**18 **47:**4,25 **48:**23 **84:**6 **104:**21 **117:**18 **152:**17,25 **153:**23 **155:**9,25
**#6's** [1] **18:**20
**#7** [5] **79:**2,9 **84:**12 **85:**22 **143:**23
**#8** [9] **8:**9,20 **16:**4 **32:**21 **75:** 3,6 **76:**18 **85:**2 **117:**18

## $

**$1,000** [2] **80:**2 **83:**17
**$500** [1] **18:**8

## 1

**1** [10] **8:**8 **34:**6,11 **88:**23 **89:** 2 **90:**2 **97:**14 **148:**5 **151:**4 **152:**13
**1.1(i** [1] **123:**21
**10:00** [1] **157:**8
**100** [1] **93:**17
**103** [2] **65:**8 **145:**8
**104** [4] **146:**4,10,24 **147:**5
**108** [1] **147:**5
**10a** [2] **148:**1 **151:**1
**11** [1] **11:**21
**11:00** [2] **157:**15,16
**12** [3] **9:**20 **144:**21 **153:**3
**12th** [1] **58:**12
**13** [1] **25:**21
**13-cr-89** [1] **89:**15
**14** [3] **61:**5 **136:**24 **139:**16
**1403** [1] **89:**17

**1406** [1] **89:**17
**15** [24] **8:**6,10 **36:**17,21 **37:**9, 12,21,21 **78:**11,14,15 **84:** 20 **110:**25 **116:**15 **136:**24 **137:**3 **139:**16 **144:**14,16,19 **145:**7,23 **148:**9 **151:**7
**1591** [15] **22:**17 **36:**18,19, 20 **47:**19,20 **79:**20 **87:**5 **100:**9,11 **101:**3,5 **110:**25 **112:**8 **141:**10
**1591(b)(1** [2] **114:**25 **115:** 18
**1591(b)(2** [1] **115:**20
**1594** [1] **110:**25
**16** [3] **141:**24 **143:**16,16
**17** [7] **8:**9,14 **45:**7 **77:**22 **89:** 15 **143:**17 **147:**25
**18** [11] **22:**17 **47:**19 **69:**4 **79:** 20 **115:**17,19,20 **118:**25 **120:**10,16 **139:**10
**19** [4] **69:**23 **78:**17 **94:**24 **123:**19
**1961** [1] **142:**9
**1991** [3] **25:**21 **65:**8 **89:**17
**1995** [1] **25:**22
**1a** [1] **34:**9
**1b** [3] **34:**11 **89:**11,12
**1b.3** [1] **88:**11
**1b1.1** [7] **33:**23 **34:**7,12 **67:** 12 **73:**23 **123:**19 **124:**3
**1b1.1(i** [1] **123:**22
**1b1.3** [14] **88:**22 **89:**4,13,22 **90:**13 **91:**11 **97:**14 **102:**6, 12 **112:**15,16 **126:**10 **130:**9 **131:**23
**1b1.3(b** [1] **91:**23

## 2

**2** [7] **52:**21 **55:**7 **64:**5 **74:**23, 23 **115:**13 **145:**6
**20** [1] **92:**4
**2000** [3] **35:**24 **47:**18 **112:**8
**2004** [2] **102:**19 **110:**1
**2005** [1] **94:**23
**2006** [14] **13:**24 **92:**4 **94:**23 **95:**18 **98:**11 **121:**15 **124:**22

**129:**19 **131:**3 **132:**4,6,18 **134:**8 **137:**19
**2007** [2] **23:**14 **44:**2
**2008** [16] **15:**22 **16:**1,15 **20:** 10 **22:**2 **29:**12 **35:**23 **44:**12 **90:**25 **92:**5 **94:**17 **96:**23 **121:**17 **122:**2 **129:**20 **154:**5
**2009** [4] **110:**10 **112:**5,7,10
**2010** [6] **11:**5,10,13 **30:**24 **31:**4,20
**2012** [7] **15:**22 **16:**1,15 **22:** 2 **29:**13 **90:**25 **94:**17
**2015** [1] **11:**4
**2017** [4] **89:**14,16 **90:**24,24
**2018** [2] **11:**21 **65:**17
**2019** [1] **158:**5
**206** [1] **115:**15
**207** [2] **118:**8,10
**208** [1] **93:**22
**213064** [1] **89:**15
**22** [1] **8:**1
**2241** [7] **118:**25 **120:**11,17, 18 **128:**7 **138:**24 **139:**9
**2241(a** [1] **142:**24
**2242** [7] **118:**25 **120:**11,17, 18 **128:**7,7 **139:**10
**24** [11] **78:**24 **115:**21,23 **116:** 4,15 **117:**15 **120:**13,20 **122:** 17 **136:**20 **137:**16
**241(a** [1] **69:**5
**2422(b** [1] **115:**21
**2423(a** [1] **115:**21
**25** [2] **45:**13 **47:**16
**26** [4] **16:**24 **66:**10 **69:**20 **145:**10
**262** [1] **38:**2
**26th** [3] **18:**23 **39:**21 **40:**20
**27** [1] **84:**13
**28** [3] **88:**22,25 **115:**20
**283.1** [1] **33:**14
**283.1(b)(5** [1] **33:**11
**29** [1] **145:**11
**291** [1] **81:**21
**292** [1] **152:**13
**2a** [1] **73:**19
**2a1.3** [1] **136:**23

**2a3.1** [11] **28:**1 **76:**5,9 **114:** 6 **116:**16 **118:**25 **119:**17 **120:**11,15 **138:**22 **144:**1
**2a3.1(4** [2] **73:**15,20
**2a3.1(b)(1** [2] **142:**18,25
**2b1.3** [1] **135:**16
**2g** [1] **119:**3
**2g1.1** [11] **8:**24,25 **9:**6 **76:**6, 10 **109:**10 **111:**18 **113:**18 **119:**4,5 **144:**1
**2g1.1(d** [1] **110:**16
**2g1.3** [14] **27:**20 **76:**7 **113:** 25 **114:**5,20 **115:**11 **117:**19, 21,24 **119:**14,15 **120:**19 **136:**21 **138:**11
**2g1.3(a** [1] **123:**1
**2g1.3(b)(1** [1] **122:**25
**2g1.3(b)(4)(a** [1] **115:**1
**2g1.3(c** [2] **114:**6 **118:**12
**2g1.3(c)(3** [2] **122:**21 **123:** 14
**2g3.1** [1] **119:**2
**2nd** [3] **25:**21,22 **89:**17

## 3

**3** [44] **14:**7 **44:**6 **77:**6,8,13, 15 **79:**14,25 **89:**15 **90:**7 **91:** 12 **93:**12,14 **100:**6 **109:**5 **111:**11,12,14 **112:**20,22,22, 23 **113:**12 **114:**23 **116:**3 **118:**18,21 **119:**16 **120:**9,24 **128:**10 **134:**9 **136:**13 **141:** 13,13 **143:**14,15 **144:**12,23 **148:**2,18 **149:**19 **151:**2,21
**30** [28] **46:**2 **47:**20 **50:**14,16, 24 **61:**4 **64:**10 **74:**21 **90:**24 **114:**7,9 **115:**18 **122:**14,17 **133:**8,9 **136:**18 **138:**14,24, 25 **141:**18,18,19,20 **142:**10, 12 **143:**12 **144:**2
**34** [32] **9:**1 **12:**6 **75:**6,12 **76:** 9,11 **77:**2 **114:**10,24 **115:** 12 **116:**22,23 **129:**7 **134:**1 **136:**19 **137:**16 **141:**18,20 **143:**12,18,20 **144:**7 **146:**5, 8,12,24 **147:**6 **148:**2,4,5,10

# *Keyword Index*

**151**:19

**36** [7] **75**:10 **129**:7 **141**:2,20 **146**:12 **148**:3 **151**:22
**365** [1] **152**:13
**3a1.1** [4] **47**:9 **52**:7 **64**:5 **65**:9

## 4

**4** [8] **65**:17 **74**:21,23 **136**:18 **144**:4 **145**:1,5 **151**:25
**40** [2] **46**:4 **152**:12
**42** [9] **74**:24,25 **75**:1 **129**:8 **148**:1 **151**:6,16 **152**:7,8
**45** [2] **25**:22 **152**:10

## 5

**5** [45] **77**:5,6,8,13,15 **79**:14 **80**:16 **86**:14,15 **90**:7,23 **93**:11 **109**:5 **111**:11,12,14,18 **112**:20,20,22,23 **113**:12 **114**:23 **116**:3 **117**:22 **119**:3 **120**:24 **128**:10 **141**:13,22 **143**:11,14,15 **148**:2,3,18 **149**:19 **151**:1,2,3,3,4,19,22 **158**:5
**5(d** [2] **148**:6 **151**:5
**500** [5] **18**:7 **19**:1 **29**:5,10 **30**:3
**51** [1] **25**:22
**5a** [1] **151**:2

## 6

**6** [25] **8**:21 **13**:22 **14**:12 **15**:12,14,16 **17**:9 **23**:2 **27**:6 **29**:16 **37**:3 **38**:8 **49**:16 **65**:16 **66**:15 **67**:3,7 **68**:14 **74**:20 **80**:17 **85**:2 **112**:20 **150**:25 **152**:7,20
**6:13** [1] **117**:4
**6:22** [1] **117**:5
**64** [4] **7**:20 **8**:13 **45**:8,10
**65** [1] **45**:10
**6's** [2] **15**:11 **39**:9
**6th** [1] **40**:19

## 7

**7** [25] **66**:23 **77**:5,6,8,13,15

**79**:14 **90**:7 **109**:5 **111**:12,12,14 **112**:21,22,23 **113**:12 **116**:3 **119**:3,4 **120**:24 **128**:10 **148**:5,18 **149**:19 **151**:4
**7:40** [1] **157**:18
**72** [1] **76**:25
**75** [3] **75**:16,19 **77**:1
**76** [7] **113**:25 **114**:4,9,9,13 **141**:6 **142**:9
**77** [2] **122**:11 **125**:8 **137**:13 **139**:13
**78** [4] **122**:11 **137**:13 **139**:13,14
**79** [2] **122**:12 **140**:18
**7a** [4] **78**:18 **141**:4 **148**:3 **151**:3
**7th** [2] **58**:13 **154**:5

## 8

**8** [9] **7**:19 **37**:5 **45**:7 **66**:25 **76**:24 **147**:25 **148**:1 **150**:25 **151**:1
**8(c** [1] **148**:6
**82** [3] **90**:23 **141**:1,6
**83** [2] **141**:5 **142**:8
**84** [2] **142**:21,23
**85** [2] **143**:1,2
**86** [2] **143**:4,5
**88** [3] **141**:5 **143**:12,20
**89** [1] **144**:2
**8a** [1] **8**:14
**8c** [1] **151**:5

## 9

**9** [1] **148**:4
**9:30** [1] **157**:8
**90** [1] **144**:4
**91** [1] **144**:5
**936** [1] **89**:16
**94** [2] **65**:8 **144**:7
**943** [1] **65**:8
**946** [1] **25**:21
**95** [2] **144**:16,18
**97** [1] **144**:15
**98** [2] **144**:15 **145**:5
**99** [3] **59**:12 **145**:5,5

**9a** [2] **79**:2 **151**:4

## A

**a)(1)(b** [2] **90**:14 **99**:25
**a.m** [1] **156**:25
**abduct** [3] **23**:21 **35**:13 **59**:21
**abducted** [18] **15**:2 **19**:7 **22**:6 **23**:24,25 **28**:19 **33**:23 **34**:10,16 **35**:17 **42**:11 **43**:25 **44**:2,7 **48**:24 **49**:5 **53**:16 **59**:19
**abducting** [2] **37**:3 **55**:13
**abduction** [40] **12**:16,22 **13**:18 **14**:19 **15**:16 **20**:9 **22**:5,13 **23**:1,9 **24**:3 **25**:3 **26**:17,18,23 **27**:13,15,16 **28**:3,6,9 **29**:1 **30**:9,13 **34**:19 **35**:2,5,15 **38**:7 **41**:21 **42**:8 **44**:23 **54**:9,12,12,17,18 **62**:9 **66**:19 **74**:23
**abetting** [1] **128**:13
**ability** [1] **26**:24
**able** [7] **35**:22 **60**:7 **71**:1 **72**:4 **104**:11 **139**:19 **148**:25
**abort** [1] **67**:23
**aborted** [1] **72**:10
**abortion** [3] **37**:3 **67**:7,12
**above** [8] **32**:19 **57**:21 **59**:14 **60**:19 **71**:17 **120**:13,13 **158**:2
**absolutely** [4] **14**:19 **107**:22 **148**:20 **157**:2
**abundantly** [1] **63**:15
**abuse** [9] **27**:21,23,25 **76**:2 **114**:6 **133**:21,23 **139**:11,11
**abused** [1] **154**:11
**abusive** [1] **153**:19
**accept** [5] **4**:19 **6**:20 **74**:17 **94**:11,12
**acceptance** [1] **152**:11
**accepted** [3] **22**:2 **32**:22 **136**:3
**accepting** [1] **12**:12
**accompany** [2] **33**:24 **34**:17

**accomplice** [1] **97**:13
**accord** [1] **133**:9
**according** [7] **32**:7 **34**:25 **53**:20 **59**:23 **67**:21 **70**:11 **88**:7
**account** [3] **46**:12 **66**:21 **80**:3
**accountability** [2] **90**:3 **97**:10
**accountable** [8] **88**:16 **93**:16 **95**:6 **103**:7,15,18 **104**:15 **105**:6
**accounted** [3] **15**:18 **27**:25 **54**:24
**accuracy** [1] **4**:18
**accurate** [3] **29**:14 **46**:14 **100**:14
**accurately** [3] **37**:18 **46**:8 **110**:5
**acknowledge** [2] **18**:25 **98**:14
**acknowledged** [1] **101**:8
**acknowledges** [1] **19**:3
**acquiesced** [1] **56**:7
**acquitted** [1] **105**:13
**across** [21] **24**:20 **26**:20 **47**:14 **65**:3,4 **79**:8,23,25 **80**:6,16,21 **83**:21 **84**:6,9,14 **100**:8,9 **107**:18 **110**:12 **125**:3 **135**:11
**act** [36] **8**:14 **17**:14 **19**:14 **42**:4 **45**:7 **47**:18 **65**:13 **78**:18 **79**:2,19 **97**:15 **98**:20 **99**:1,2 **104**:24 **109**:10 **110**:20 **112**:8 **115**:2 **127**:15,16 **141**:4,11 **147**:25 **148**:1,2,3,4,5 **149**:7 **150**:25 **151**:1,2,3,4,4
**acting** [1] **19**:11
**action** [3] **19**:14 **79**:20 **81**:8
**actions** [4] **80**:10,11 **81**:20 **122**:8
**active** [1] **95**:3
**actively** [2] **87**:18 **125**:2
**activities** [2] **95**:21 **110**:6
**activity** [31] **13**:24 **90**:15,

# Keyword Index

17,18,20 **91**:8,12 **92**:4,9 **95**: 6,18 **96**:2,8 **97**:3,7 **102**:11 **103**:4,6,10,14,16,21 **104**: 14 **107**:15 **113**:3,5 **121**:8 **123**:3 **127**:17 **130**:12 **151**: 11

**actor** [1] **62**:6

**acts** [30] **5**:7 **8**:24 **77**:13 **81**: 15,19 **83**:1 **90**:16,16 **97**:2,4 **98**:1 **102**:14,24 **103**:8 **104**: 20 **105**:14,19,21 **106**:6,10, 25 **113**:2,3,8 **124**:10 **126**: 12,14 **128**:23 **150**:7,10

**actual** [4] **5**:7 **27**:2 **102**:17 **109**:17

**actually** [12] **4**:17 **19**:5 **32**: 5,18 **68**:2 **73**:25 **80**:1 **82**:8 **89**:19 **113**:25 **140**:20 **145**: 18

**add** [13] **4**:13,16 **7**:12 **13**:9 **40**:1 **46**:2,3 **50**:15 **61**:5 **66**: 8 **74**:21 **76**:16 **152**:8

**added** [7] **46**:4 **62**:13 **69**:3 **74**:22,23 **76**:18 **144**:5

**addendum** [3] **55**:7 **58**:12, 13

**addict** [2] **155**:15,16

**adding** [7] **12**:15 **50**:17,19, 20,21,21 **58**:8

**addition** [5] **11**:19 **30**:23 **67**:9 **70**:14 **110**:2

**additional** [9] **35**:10 **67**:5 **69**:7 **71**:16 **82**:7 **102**:21,22 **129**:8 **136**:14

**address** [5] **3**:6 **4**:4 **38**:11 **58**:25 **149**:5

**addressing** [1] **71**:5

**adds** [1] **12**:14

**adequately** [1] **37**:22

**adjourned** [1] **156**:14

**adjourning** [1] **156**:21

**adjust** [1] **147**:8

**adjusted** [23] **75**:15,21 **77**: 1 **141**:2 **143**:12,18 **144**:7, 14 **145**:7 **147**:6,25 **148**:2,3, 4,5,8,9 **151**:16,18,21 **152**:6,

8,10

**adjustment** [17] **36**:14 **45**: 5 **47**:8,23 **65**:9 **76**:17,25 **115**:1,5 **128**:25 **136**:23 **143**: 5,6 **147**:24 **148**:19,24 **149**: 6

**adjustments** [3] **129**:9 **147**:14,17

**admission** [1] **50**:1

**admit** [6] **10**:13 **16**:16 **71**: 12 **85**:15,24,25

**admitted** [9] **8**:7 **15**:22,23 **16**:1 **31**:7 **32**:13 **43**:13 **94**: 17 **128**:9

**admittedly** [1] **116**:7

**adopt** [2] **6**:16 **58**:11

**adults** [1] **76**:6

**advance** [3] **6**:9 **57**:18 **148**: 12

**advanced** [1] **148**:13

**advertisement** [1] **118**: 15

**advisory** [1] **107**:25

**advocate** [1] **63**:21

**advocated** [2] **121**:9,10

**affect** [2] **148**:15,24

**affected** [2] **147**:12,17

**affecting** [1] **22**:19

**affidavit** [34] **11**:2,13 **18**: 21 **19**:1 **29**:15,17 **30**:19,22 **31**:6,19 **39**:9,13,15,19 **40**:2, 4,11 **41**:3,8,11,12 **51**:8 **60**: 10 **68**:16 **70**:11 **74**:17 **79**: 11 **83**:13 **85**:21 **86**:9,10,11, 13,15

**affidavits** [15] **40**:23 **77**:20 **82**:8,14 **85**:22

**afraid** [2] **19**:2,15 **30**:5

**afterwards** [1] **78**:22

**age** [10] **37**:8 **57**:2,18 **136**: 24 **137**:5,10 **139**:16,19 **140**: 10 **142**:19

**aged** [1] **53**:8

**ages** [2] **63**:4 **64**:16

**ago** [2] **81**:6 **102**:1

**agree** [31] **8**:22 **21**:18 **26**:7

**29**:7 **42**:6,10 **45**:21 **65**:25 **67**:24 **71**:15 **74**:1 **75**:5,11 **93**:23 **97**:6,20 **113**:16 **118**: 5 **126**:6 **139**:12,12 **140**:11, 14,21,23 **143**:13 **144**:13,25 **146**:8,24 **149**:13

**agreed** [10] **10**:6,16 **30**:2 **71**:18 **76**:19,22 **82**:4 **93**:22 **118**:19 **144**:10

**agreement** [19] **3**:20 **4**:1,5 **5**:10,11,11 **37**:13 **41**:15 **48**: 14 **67**:4 **82**:3 **84**:3 **96**:11 **106**:11 **120**:23 **145**:15,23 **147**:4,10

**agrees** [2] **103**:8 **147**:9

**ahead** [3] **8**:19 **33**:21 **42**:19

**aiding** [3] **127**:15,17 **128**: 13

**aim** [1] **11**:7

**aimed** [1] **65**:14

**aka** [2] **155**:25 **156**:2

**albeit** [1] **13**:12

**alert** [1] **69**:2

**alien** [15] **14**:3 **79**:15,17 **80**: 20 **82**:23 **90**:9 **97**:5,5 **100**: 21 **144**:9,13 **145**:11 **148**:6 **151**:5,7

**alleged** [5] **13**:22,23 **70**:10 **84**:21 **100**:5

**allocute** [1] **5**:2

**allocuted** [2] **94**:20 **96**:23

**allocuting** [1] **94**:22

**allocution** [14] **4**:17 **5**:18 **15**:23 **16**:3 **89**:9 **90**:23,23 **92**:8,14 **93**:21 **94**:20 **95**:5,9 **101**:8

**allocutions** [1] **93**:24

**allowed** [3] **28**:7 **32**:23 **87**: 17

**allowing** [4] **86**:7 **112**:25 **152**:25 **153**:1

**allows** [1] **102**:16

**almost** [6] **26**:15 **41**:1,2 **80**: 2 **83**:17 **86**:21

**alone** [2] **84**:25 **96**:3

**already** [18] **9**:23 **14**:1,20

**27**:24 **31**:12,13,13 **38**:2 **44**: 3,5,5 **48**:1 **50**:16 **71**:17 **92**: 10 **134**:15 **139**:13 **143**:9

**altercation** [2] **67**:25 **68**:1

**alternate** [1] **106**:14

**alternatives** [1] **47**:16

**although** [8] **7**:16 **62**:15, 24 **64**:25 **105**:4 **136**:22 **145**: 23 **151**:24

**altruistic** [1] **83**:2

**america** [1] **66**:3

**amount** [3] **21**:9 **146**:15,16

**ample** [3] **19**:15 **60**:25 **63**: 25

**amply** [1] **134**:18

**anally** [1] **153**:15

**analogous** [1] **128**:16

**analysis** [49] **5**:10 **7**:25 **28**: 25 **38**:16 **39**:7 **58**:12,21 **75**: 10,18 **76**:12 **79**:15 **80**:19 **90**:12 **99**:12 **102**:6 **103**:24 **104**:7,12,13 **105**:5,22 **106**: 3,16 **107**:7 **108**:8,17,25 **110**:19,22 **111**:3,11,20 **113**: 13 **114**:3,14,17,22 **116**:5,6, 14,21,25 **117**:13,14 **122**:13 **129**:1,22 **145**:20 **147**:12

**analyze** [1] **116**:12

**analyzes** [1] **58**:13

**and/or** [1] **124**:4

**another** [7] **14**:4,8 **29**:19 **34**:22 **54**:21 **79**:6 **140**:7

**anticipate** [2] **24**:17 **72**:21

**anticipates** [1] **22**:18

**anxiety** [1] **154**:25

**anybody** [3] **16**:11 **101**:11 **107**:23

**anyway** [1] **36**:18

**apart** [1] **19**:17

**apartment** [4] **95**:3,24 **96**: 3 **155**:21

**apartments** [1] **107**:17

**apologize** [3] **3**:15 **29**:24 **120**:9

**apparent** [1] **18**:24

**appear** [1] **157**:3

# Keyword Index

**appears** [1] 136:12
**applicability** [1] 116:12
**applicable** [10] 26:2 40:10 65:22 71:17 79:16 81:13 105:13 114:23 128:10 136:13
**application** [29] 4:2 6:14 24:14 32:21 33:17,21,22 34:5,6,9,11,15 35:12 46:16, 20,25 52:21 53:10,12 63:17 90:2 91:24 97:14 99:18 111:18 112:16 117:22 118:11 141:14
**applications** [1] 37:17
**applied** [22] 20:24 26:15 27:12 46:21 48:10,14 62:14,20 63:13 65:3,4 78:7 110:19 113:15,17 116:21 117:18 120:11 126:20,20 138:19 146:17
**applies** [21] 14:20 28:17 31:16 37:10 52:24 55:9 56:13 60:24 62:17 63:20 64:6 68:22 73:14 74:2 80:19 109:17 114:3 123:4 125:23 129:3 140:10
**apply** [42] 9:2,4 20:9 21:3 22:5 26:11,12 27:1 45:9 58:15 62:20,21 63:11 64:7 76:21 77:14 99:10 100:21 104:9 110:15 114:17 115:5 117:14,17 118:2,25 119:2,2 120:17,18 121:9 125:19 126:24 127:25 128:1 143:3,6 145:2,5,6 149:9,9
**applying** [1] 63:7
**appreciate** [5] 45:3 62:20 63:18 74:11,11
**approach** [2] 76:1 111:1
**approached** [1] 156:2
**appropriate** [6] 24:19 63:21 110:13 114:4 138:18 148:20
**approximately** [3] 13:10 17:1 30:1
**april** [2] 40:19 158:5

**aptly** [1] 56:13
**area** [2] 45:9 81:2
**areas** [1] 64:18
**aren't** [1] 111:20
**arg** [1] 45:21
**argue** [4] 3:1 25:13 85:13 146:2
**argued** [2] 45:22 111:6
**arguing** [19] 28:10 47:2 48:20 74:16 87:16 88:14 96:24 97:24,24 98:19,20,24 99:1,2 129:21,21 131:12 132:12 149:18
**argument** [61] 18:24 20:7 22:15 23:3,7,13 24:15,24 25:8 26:13 39:3 41:23 42:18 43:19 45:1 52:4,9 53:23 54:5 69:12 70:3 72:17,18, 21,24 73:7 74:14 75:15 83:6,16 87:4 101:3 106:24 108:1 111:7,7 115:10 121:16,18,19 124:11 126:2,16 129:3 131:10,14 132:6,13, 14 134:4,12,13 135:8,20 136:12 141:8 145:24 148:12 150:1,1,21
**arguments** [13] 9:6 24:9 32:21 45:17 46:13,16 74:2,9 106:14,16 130:9 135:3 145:17
**arises** [1] 76:17
**arizona** [2] 80:3 83:18
**arms** [1] 153:15
**around** [3] 53:17 99:22 117:9
**arranged** [1] 157:5
**arrangements** [5] 32:5,6, 7 84:14 95:25
**arrival** [1] 100:10
**arrive** [3] 116:17,22 146:19
**arrived** [4] 10:12 49:16 78:6 146:21
**aspect** [1] 134:7
**aspects** [1] 41:12
**assertion** [1] 80:25
**assess** [1] 60:1

**assist** [1] 118:7
**assistance** [3] 84:22 107:16 152:22
**assisted** [4] 44:6 79:6 82:23 86:2
**assisting** [4] 87:24 107:17 134:15 137:21
**assume** [6] 3:5 17:14 47:1,1 61:10 143:24
**assuming** [1] 107:9
**assumption** [2] 43:8,17
**assumptions** [1] 94:7
**a-t-i-n-o** [1] 65:8
**atlanta** [1] 38:3
**attach** [1] 11:1
**attaches** [1] 140:16
**attachment** [1] 18:23
**attempt** [1] 139:11
**auspices** [1] 54:19
**authorities** [2] 18:22 31:1
**authority** [1] 21:4
**available** [2] 39:8,13
**aware** [6] 37:7 41:3 44:3 130:16 132:18,20
**away** [3] 16:25 24:20 32:25
**azeem** [1] 25:21
**a-z-e-e-m** [1] 25:21

## B

**b)(5** [2] 33:15,16
**baby** [8] 49:15 57:11 68:19 71:1 72:4 153:4 154:6 155:5
**back** [44] 3:14 10:7 11:4,13 14:5,8,10 17:2 18:5,6,25 29:9 30:4 36:3,3,4 40:7 50:2,4 61:7 68:1 81:12,14,22 88:10 91:10 95:18 99:3 110:1,5 111:25 112:3 116:16 117:3 120:21 128:3 129:21 130:9 133:21 135:17,18 154:5 157:15,16
**backdrop** [2] 90:21 91:5
**background** [1] 19:25
**backs** [1] 14:22
**ball** [1] 129:12

**bank** [11] 34:2,18,18,18,21, 21 35:3,14,16 44:21 58:22
**base** [25] 8:18 9:1 12:5 47:19 50:24 114:13,23 115:11, 18,22 116:4 120:19 122:14, 16,16 136:18 138:8,14,22 139:1 142:12 144:1,21 146:18 151:15
**based** [18] 4:21 5:17,20,23 6:1 8:22 10:9 38:22 40:9 44:20 48:16 67:6 76:10 105:23 135:21 136:10 148:18 151:10
**basically** [4] 96:25 113:14 146:19 150:4
**basis** [9] 6:19 49:4 57:17 63:25 74:14 82:5 132:15 134:16 140:2
**bathroom** [2] 72:7 155:10
**beat** [9] 44:12 67:7 68:17 70:22,23 73:1 153:24 154:6,16
**beating** [4] 37:2 67:9 71:2 72:5
**beatings** [2] 37:5 67:10
**became** [1] 95:1
**becomes** [4] 52:12 143:20 145:7 147:6
**becoming** [1] 145:19
**beforehand** [1] 60:11
**began** [3] 10:13 60:14 121:24
**begin** [6] 13:22 46:2 54:17, 18 109:9 115:11
**beginning** [5] 19:8 36:15 52:18 53:15 81:17
**begins** [3] 66:10 103:22 112:9
**behalf** [1] 65:19
**behave** [1] 154:14
**belied** [4] 18:4 93:5 134:14 135:2
**belies** [1] 52:14
**believe** [40] 3:1 4:21 5:9 6:1 8:10 9:1 10:17 11:5 18:7 20:7,9 25:23 27:11 29:16

# Keyword Index

**30**:8 **31**:20 **32**:8 **37**:21 **54**:
10 **64**:15 **67**:16 **71**:14,20
**72**:13,23 **74**:13 **78**:8 **82**:6,
10,13 **112**:19 **114**:16 **118**:
17 **134**:3 **137**:24 **139**:14
**141**:20,23 **148**:18 **153**:10
believed [1] **20**:3
believes [5] **49**:6 **81**:25 **83**:
19 **102**:7 **103**:4
belly [1] **154**:6
belongs [1] **54**:21
benefit [3] **41**:14,15 **153**:
17
benefits [2] **40**:5 **68**:10
best [1] **64**:15
better [3] **20**:4,16 **54**:5
between [9] **5**:12 **26**:6 **88**:
12 **90**:25 **129**:13 **132**:11
**143**:14 **145**:11 **151**:6
beyond [1] **116**:1
big [2] **43**:17 **85**:23
binding [1] **39**:7
birth [1] **72**:15
bit [3] **9**:16 **82**:4 **143**:15
bleeding [1] **154**:7
blinders [1] **138**:8
block [1] **108**:14
blood [1] **154**:17
blows [1] **154**:18
board [2] **65**:3,4
bodily [21] **46**:1 **67**:5,11,23
**68**:22,24 **69**:2,6,17,23 **70**:5,
7 **71**:20,21 **73**:16,21 **74**:21,
22,24 **120**:25 **139**:4
body [1] **67**:8
body's [1] **73**:11
boils [2] **25**:8 **62**:4
book [6] **9**:7 **33**:9 **35**:17
**115**:15 **117**:23 **118**:8
booker [1] **107**:24
border [27] **21**:9 **24**:20 **25**:
18 **26**:20 **42**:11 **79**:7,8,24
**80**:1,2,6,16 **83**:7,18,21 **84**:
7,10,14,15 **91**:2 **94**:24 **100**:
8,9 **107**:18 **125**:3 **135**:11
**137**:23

both [13] **7**:12 **21**:18 **26**:6
**37**:13 **53**:16 **85**:9 **94**:13 **99**:
5,12 **100**:22,23 **107**:19 **114**:
22
bound [1] **46**:10
box [1] **74**:3
break [1] **117**:2
breast [1] **51**:9
breath [2] **127**:25 **155**:8
bright [1] **103**:13
bring [20] **14**:10 **15**:3 **16**:20
**23**:17,24 **36**:16 **38**:18 **52**:1
**60**:12 **79**:25 **84**:3,10,14
**102**:8 **136**:6 **137**:22 **138**:22
**153**:16,18 **154**:5
bringing [12] **23**:1 **28**:20
**37**:6 **42**:4 **43**:3 **46**:4 **80**:6
**83**:24 **84**:9,15 **85**:14 **91**:8
brings [2] **75**:3 **147**:7
broad [3] **81**:13 **85**:12 **129**:
23
broken [1] **128**:19
brothers [4] **84**:19 **125**:3
**135**:1 **136**:8
brought [15] **10**:6 **16**:25
**17**:1 **24**:1,2,20 **44**:1 **51**:25
**91**:1 **135**:4,11 **153**:21,23
**154**:3 **155**:3
building [1] **68**:15
burden [1] **68**:23
burned [1] **67**:9
burning [3] **67**:13,20 **70**:
10
burnt [1] **67**:18
bus [3] **18**:9 **29**:11 **36**:4
business [17] **14**:9 **37**:6
**44**:3 **64**:23 **80**:6,10 **84**:18
**90**:25 **91**:1,5 **95**:4,4 **96**:2,6
**101**:15 **121**:20 **137**:22
buy [1] **154**:21

## C

c)(3 [3] **118**:11,20,21
cabin [1] **136**:15
calculate [3] **46**:8,14 **81**:3
calculated [3] **8**:23 **81**:4

**138**:12
calculates [1] **138**:13
calculation [14] **4**:2 **5**:6 **6**:
11,12,12,13,15 **8**:18,22 **76**:
15,17 **107**:20 **121**:13 **145**:
11
calculations [5] **3**:5 **4**:3 **6**:
4 **46**:22 **104**:7
call [4] **15**:12 **16**:5 **51**:15
**108**:4
called [1] **20**:19
calling [2] **32**:9 **86**:8
came [3] **20**:23 **49**:10 **150**:
8
cannot [3] **97**:11 **108**:9
**109**:7
captured [1] **110**:6
car [9] **14**:14 **27**:6,7 **34**:19,
23 **54**:19 **60**:6,14 **154**:21
care [8] **11**:1,9,11 **30**:24 **31**:
24 **32**:3 **50**:1,3
careful [1] **48**:13
caring [3] **31**:2,3 **32**:2
carmin [4] **3**:23 **4**:6 **6**:3 **11**:
20
carry [1] **53**:11
cars [1] **154**:10
case [78] **3**:11 **5**:16 **6**:13 **9**:
13 **11**:15 **12**:24 **13**:3,21 **14**:
25 **20**:24 **21**:12 **22**:8 **25**:5,
23 **26**:15,25 **27**:5 **31**:1,9,25
**32**:20 **36**:7,9,10 **38**:2 **47**:6,
7 **48**:15 **50**:20 **55**:18 **58**:13,
22,22,23,23 **60**:3,25 **63**:16,
16 **65**:8,22 **69**:7 **74**:13,18
**76**:6,7 **80**:20 **81**:17,22 **82**:7
**84**:1 **86**:23 **87**:5 **88**:10 **91**:4
**100**:3 **101**:9,10 **107**:3,12,
21 **109**:2,23 **116**:16 **118**:5
**122**:9 **125**:13 **130**:10 **134**:6
**136**:4 **137**:8 **140**:16 **145**:19
**150**:2,2,12,18 **157**:3
cases [16] **16**:18 **24**:16 **25**:
4 **26**:1 **36**:11 **50**:20 **53**:6,7
**58**:24 **60**:25 **65**:2 **107**:13
**108**:8,15 **110**:22 **132**:11

catch [1] **155**:7
category [1] **152**:13
caught [1] **107**:23
cause [4] **72**:24 **73**:3 **121**:1,
23
caused [4] **15**:5 **68**:3 **69**:
11 **70**:23
causing [2] **118**:14 **153**:8
central [1] **66**:3
certain [3] **57**:18 **66**:20
**110**:3
certainly [10] **26**:16 **44**:23
**65**:1 **80**:20 **83**:2 **105**:5 **129**:
10 **132**:5 **150**:15,20
cet-805 [1] **158**:4
cetera [5] **22**:22,23 **51**:23,
23 **107**:18
change [3] **45**:19 **109**:25
**155**:19
changed [3] **65**:18 **81**:7
**98**:25
changing [1] **99**:16
characteristic [3] **53**:24
**145**:1,4
characteristics [1] **145**:6
characterization [2] **62**:
19 **86**:3
characterized [1] **26**:22
characterizing [1] **42**:18
charge [1] **102**:18
charged [3] **8**:7 **80**:20 **81**:
18 **97**:25 **98**:4,10,19 **99**:3,9
**100**:4 **111**:10,10 **114**:25
charges [1] **102**:18
chief [1] **39**:1
child [37] **10**:7,10 **11**:11,12,
18 **14**:17 **15**:3,8,13,13 **16**:7,
8 **31**:2,22,24 **48**:1,4 **49**:8,
11 **50**:3,5,6 **51**:8,9,12,13
**53**:15 **56**:8,15,24 **57**:10 **58**:
3 **59**:20,22 **60**:5 **67**:24 **153**:
15
child's [1] **50**:1
children [3] **30**:11,12 **57**:7
child's [2] **37**:5 **49**:1
chino [1] **156**:2

# Keyword Index

**cigarette** [6] 67:9,12,18,21 70:11 71:5

**cir** [3] 25:21,22 89:17

**circuit** [3] 65:8 137:8 140:15

**circumstance** [2] 42:12 58:7

**circumstances** [14] 14:18 24:21 31:15 32:11 36:20 37:9 39:3 48:8 49:4,6 50:10 56:12 68:21 121:6

**cite** [4] 21:19 88:22 89:13 150:16

**cited** [11] 13:3 21:4,11 22:8 58:14,24 61:2,3 63:16 65:7 111:20

**cites** [3] 55:7 58:24 65:24

**citing** [3] 55:18 103:12 105:8

**city** [1] 11:6

**claimed** [1] 9:3

**claims** [2] 20:17 120:14

**clarification** [1] 155:23

**clarified** [1] 132:1

**class** [1] 48:11

**clear** [56] 5:8,21 7:10,14 18:12,15 19:21 25:5,20 28:4 34:20 35:18,21 45:15 48:6 52:16 53:12 58:9 63:15 68:2 74:19 75:2,3,24 81:7 83:15 85:12 86:22 90:14 92:14 95:22,23 96:5 97:8,19,22 99:5,15 100:14 101:4,19,24 103:23,25 104:17 108:8 109:4 117:9 120:6 125:4 126:4 130:10 134:7 136:5,10 140:15

**clearer** [3] 101:25 119:14 142:22

**clearly** [20] 6:5 14:5 15:2 21:13 26:8 39:7 56:6 64:18 82:17 83:2 84:2 92:17 100:22 101:7,16 105:13 115:25 137:7 138:1 149:18

**clerk** [11] 89:24 152:23 156:17,22,25 157:2,6,10,

12,14,17

**client** [5] 3:20 35:25 37:19 43:9 51:14

**clients** [1] 73:1

**client's** [5] 32:17 35:23 36:1 41:19,25

**close** [6] 36:5 51:15 66:18 74:18 84:22 155:3

**closely** [1] 59:25

**clots** [1] 154:17

**co** [3] 103:8 132:8,11

**cocaine** [1] 155:18

**co-conspirators** [4] 124:20 128:22 130:11 134:22

**co-counsel** [1] 65:15

**code** [2] 22:17 79:21

**co-defendant** [3] 69:5 130:11 157:4

**co-defendants** [6] 102:14,25 125:9 127:11 136:8 156:22

**coercion** [3] 18:10 36:21 59:13

**coercive** [2] 27:18 73:17

**cold** [1] 14:16

**collection** [2] 32:10 128:18

**colloquy** [1] 4:10

**columbia** [1] 21:21

**combined** [1] 152:10

**come** [21] 11:17 22:7 26:24 28:22 32:15,16 48:7 50:2,4 53:2 60:12 86:1 87:24 112:25 133:21 140:1 144:1 152:9,25 153:2 157:8

**comes** [10] 8:10 18:9 27:22 36:3,4 37:19 50:18 81:22 135:8 137:9

**comfortable** [1] 64:25

**coming** [7] 64:17 87:23 106:5 156:16 157:15,15,16

**commence** [3] 95:12,14,15

**comment** [2] 99:16 109:3

**commentary** [27] 33:23 34:4,6 35:21 52:21 53:5,20

**61**:8 63:1 64:4,5 88:22,23,24 89:1,2,3,11 90:1 93:8 97:14 112:12,16 117:22 118:13 123:20,24

**comments** [1] 119:1

**commerce** [1] 22:20

**commercial** [25] 8:24 22:23 34:24 35:8 41:21 65:24 67:17 70:10 79:13 82:22 84:4 87:19 101:7,18 109:10 110:19 115:2 124:14 126:13 128:14 133:4,11,19, 21 134:5

**commingling** [1] 98:3

**commission** [1] 101:24

**commit** [2] 99:13 139:11

**committed** [9] 5:7 25:9 69:4 81:19 98:1 127:10 128:23,23 142:24

**committing** [2] 14:1 127:3

**common** [5] 19:16 30:10 73:2 99:21 107:16

**communication** [1] 132:8

**comparison** [1] 21:15

**compelling** [1] 16:13

**complete** [2] 108:22 134:24

**completed** [1] 35:13

**completely** [10] 13:12 16:12 37:23,23 75:10,17,23 86:22 99:15 135:2

**complex** [1] 4:15

**complexity** [1] 4:11

**comply** [1] 121:23

**comprehend** [1] 15:7

**con** [1] 85:21

**concede** [2] 41:18 117:12

**concentrating** [1] 40:13

**concept** [3] 32:23 35:1 138:17

**concepts** [2] 98:3 105:12

**concern** [2] 39:4 55:19

**concerned** [3] 11:12 72:25 77:4

**concerns** [1] 92:4

**concluded** [1] 157:18

**concur** [3] 63:19 144:8 145:14

**condition** [3] 57:2 61:12, 15

**conducts** [2] 96:15 106:11

**confident** [3] 4:5 81:19 98:16

**confirm** [1] 75:6

**conflict** [1] 16:1

**conflicting** [1] 71:12

**confused** [2] 40:12 45:21

**confusing** [2] 4:24 109:20

**confusion** [2] 4:23 15:25

**congress** [10] 47:19 48:10 50:12,14 58:6 60:20,23 61:3 65:14 110:11

**connected** [1] 9:19

**connection** [2] 83:11 90:19

**consequences** [3] 3:25 5:1 6:19

**consideration** [1] 47:21

**considerations** [1] 39:5

**considered** [6] 24:10 26:18 54:8 88:13 100:25 105:14

**considering** [1] 54:11

**consistent** [2] 40:21 111:1

**consistently** [1] 64:5

**conspiracies** [1] 103:13

**conspiracy** [42] 14:3,3 79:15,16,17 83:23 88:18 90:10 91:15,15,18 92:3,5,18 93:5,16 94:19 95:2 96:19, 20 97:6 98:3 99:17 100:20, 21 103:3 104:2,11,19 105:4,17 110:7,10,24 112:6,9 128:17 131:2 145:12 146:3, 4 149:21

**conspirator** [1] 97:13

**conspiratorial** [11] 84:3 88:12 96:14 97:23 99:6,19,

# Keyword Index

20 **100:**1 **105:**12,15 **131:**24
**constitute** [3] **34:**19 **81:**9
**99:**24
**constitutes** [1] **99:**24
**construct** [1] **84:**17
**consulate** [1] **153:**25
**contact** [3] **31:**17 **51:**17,18
**contained** [2] **90:**8 **110:**21
**contemplation** [1] **43:**3
**contend** [4] **12:**17 **13:**11
**36:**6 **41:**17
**contends** [1] **35:**25
**content** [1] **19:**10
**contention** [4] **9:**25 **12:**5
**36:**7 **90:**9
**contesting** [1] **145:**22
**context** [12] **19:**10 **57:**1 **87:**
5 **90:**14 **96:**5 **97:**16 **130:**10
**134:**20 **135:**7 **136:**11 **140:**
16 **149:**13
**contexts** [1] **63:**22
**continual** [1] **33:**1
**continuation** [1] **13:**1
**continue** [2] **15:**6 **153:**7
**continued** [3] **19:**9 **66:**19
**125:**14
**continuing** [4] **25:**10,18
**26:**9 **41:**24
**continuous** [1] **31:**17
**contradict** [2] **39:**14,18
**contradicted** [1] **30:**24
**contrary** [6] **80:**25 **83:**4,4,
5 **85:**1 **136:**1
**contrast** [1] **115:**4
**contributed** [1] **66:**19
**control** [9] **15:**4,5 **49:**8 **56:**
14 **60:**7 **62:**5,6 **148:**21,22
**conundrum** [1] **74:**12
**conversations** [2] **6:**2 **12:**
21
**convicted** [12] **77:**7 **114:**
24 **115:**12,17,19,20,22 **116:**
1,9,18 **123:**2,8
**conviction** [22] **88:**12,14
**102:**18,23 **110:**21 **116:**20
**117:**6,6,25 **124:**3,5,6,8,9,

13,13 **130:**1 **138:**24 **141:**9,
10 **142:**9 **150:**5
**convinced** [1] **153:**2
**convoluted** [1] **24:**11
**cooperation** [1] **84:**22
**copy** [2] **39:**21 **71:**10
**correct** [27] **3:**6,12 **6:**11 **12:**
5 **28:**25 **48:**21 **54:**2,4 **75:**8
**76:**8,15 **77:**3 **96:**10 **106:**1,4
**124:**19 **125:**14,22 **129:**11
**134:**2 **137:**14 **141:**1 **143:**19,
21 **145:**25 **149:**2 **152:**17
**corrected** [1] **142:**4
**correction** [2] **78:**16 **153:**
22
**correctly** [1] **71:**21
**corresponding** [1] **146:**
19
**corroborate** [1] **71:**11
**corroborated** [1] **32:**8
**corroborates** [1] **80:**3
**corroboration** [9] **16:**6
**68:**4,10 **71:**10,25 **72:**19,20
**83:**19 **85:**25
**couldn't** [1] **84:**24
**council** [1] **11:**7
**counsel** [3] **63:**5 **103:**12
**156:**25
**count** [24] **5:**10 **8:**8,9,14 **21:**
10 **25:**17 **45:**7 **102:**17,23
**108:**4,7 **110:**21,22,25 **111:**
6,8,20 **129:**9 **147:**7,8,24,25
**150:**5,25
**counted** [3] **90:**11 **99:**14
**111:**4
**counting** [3] **27:**23 **54:**11
**149:**20
**country** [3] **83:**25 **102:**9
**110:**12
**counts** [19] **8:**17 **54:**13 **77:**
9 **96:**9 **105:**13 **106:**9,10,22
**110:**16,18 **111:**3,4,5 **116:**
13 **129:**1 **145:**20 **147:**9,11
**149:**9
**course** [11] **31:**17 **56:**18
**59:**7,10 **68:**24 **72:**20 **80:**11

**82:**9,11 **147:**12,17
**court-certified** [1] **152:**
22
**courtesy** [1] **93:**25
**courthouse** [3] **99:**22 **107:**
3 **108:**13
**courtroom** [1] **152:**21
**court's** [7] **9:**20 **68:**8 **74:**12
**127:**15 **128:**14 **131:**21 **144:**
6
**cousins** [3] **125:**3 **135:**1
**136:**9
**cousin's** [3] **14:**15 **27:**8 **51:**
9
**coyote** [2] **79:**7 **100:**18
**coyotes** [1] **24:**19
**credit** [2] **38:**23 **65:**14
**crediting** [1] **12:**22
**cried** [1] **17:**12
**crime** [7] **14:**1 **21:**2 **22:**24
**24:**3 **25:**13 **108:**9 **111:**21
**crimes** [5] **4:**11 **25:**9 **81:**1,
18,20
**criminal** [45] **27:**21,23,25
**55:**12 **56:**4 **57:**3,5,24 **61:**9,
9 **62:**2,10 **76:**2 **90:**3,15,17,
18,19 **91:**7,12 **95:**18 **97:**11
**102:**10,19,21,22 **103:**6,10,
14,16,21 **104:**14 **107:**15
**113:**3,5 **114:**6 **121:**8,13
**130:**11 **133:**20,23 **139:**10,
11 **151:**11 **152:**12
**criminality** [1] **87:**10
**criminally** [2] **55:**11 **97:**12
**critical** [1] **66:**9
**cross** [12] **27:**20 **33:**22 **34:**
7 **36:**17 **42:**11 **83:**7 **114:**20
**116:**21 **117:**16 **118:**5 **119:**5,
16
**crossing** [3] **77:**15 **78:**5
**127:**2
**cross-reference** [33] **8:**
23 **76:**2 **114:**6,18 **116:**16,
19 **117:**13,14,19,20 **118:**7
**121:**8 **122:**17,20 **123:**4,12
**125:**23 **126:**21,22,23 **128:**1,

2 **133:**18,25 **136:**20 **138:**11,
14,18,21 **139:**2,8 **143:**24
**144:**1
**cross-referencing** [1]
**73:**22
**cruza** [1] **25:**22
**crying** [5] **15:**13 **16:**7,8,9,
11
**culminated** [2] **23:**1 **31:**17
**cultural** [1] **19:**24
**culture** [5] **134:**18 **135:**4,
21,24 **136:**2
**current** [1] **63:**15
**custody** [1] **40:**7
**customers** [1] **17:**12
**cut** [1] **42:**17
**cycle** [1] **155:**3

## D

**daily** [1] **59:**6
**damage** [1] **153:**12
**dangerous** [1] **59:**4
**dark** [1] **154:**15
**darrow** [1] **65:**19
**databases** [1] **57:**19
**date** [7] **10:**1 **20:**21 **44:**14
**78:**18 **94:**20 **95:**9 **146:**2
**dated** [2] **58:**13 **158:**5
**dates** [2] **80:**9 **95:**9
**dating** [1] **12:**21
**day** [9] **16:**10 **43:**25 **53:**11
**73:**4 **93:**13 **104:**8 **145:**18
**153:**21,24
**days** [2] **53:**17 **154:**15
**dead** [1] **44:**19
**deal** [5] **77:**19 **85:**23 **101:**
22,23 **119:**20
**dealing** [5] **7:**23 **52:**6 **113:**
13,19 **136:**16
**deals** [3] **8:**4 **119:**16 **137:**
11
**dealt** [1] **116:**24
**debate** [2] **61:**21,22
**december** [6] **18:**23 **39:**21
**40:**20 **58:**12,13 **102:**18
**decide** [2] **6:**10,13

# Keyword Index

**decided** [3] **13**:11 **44**:8 **154**:4

**decision** [6] **5**:1 **13**:12 **20**:15 **21**:17 **32**:16 **109**:15

**defendant** [67] **4**:9 **6**:18, 24 **7**:6,8 **14**:20 **15**:2 **34**:16 **38**:2,6 **48**:17,23 **49**:6 **53**:14, 25 **55**:10 **61**:9 **62**:2,11 **68**:17 **69**:5 **72**:24 **79**:22 **81**:18 **83**:17,20 **84**:5 **88**:16 **90**:15, 24 **91**:15,16 **93**:24 **96**:20 **97**:12,24 **107**:6,6,19 **108**:7, 9,18,19 **111**:17 **114**:24 **115**:7,12,19 **121**:3 **122**:22,24, 25 **123**:1 **125**:2,9 **126**:14 **127**:11 **128**:17,18,21 **129**:14 **131**:22 **134**:21 **135**:1,8 **136**:8 **137**:2

**defendants** [20] **4**:25 **32**:19 **38**:1 **48**:15 **52**:24 **60**:2 **64**:18,23 **65**:11 **83**:1 **84**:23 **92**:2 **103**:9 **111**:22 **122**:9 **127**:19 **132**:9,12 **145**:19 **149**:17

**defendant's** [14] **5**:17 **13**:21 **21**:4 **53**:2 **62**:22 **67**:6 **89**:8 **90**:22 **91**:13 **93**:3 **96**:18 **110**:12 **135**:23 **140**:13

**defenders** [1] **65**:17

**defense** [11] **18**:24 **19**:18 **26**:7 **58**:14,25 **63**:5 **72**:23 **75**:5,12 **76**:19 **77**:3 **103**:12 **144**:12 **145**:14

**defies** [1] **30**:10

**define** [2] **55**:23 **69**:1

**defined** [4] **67**:11 **123**:16, 18 **129**:25

**defines** [1] **56**:9

**definitely** [1] **32**:25

**definition** [10] **69**:22 **70**:5 **71**:21 **72**:18 **73**:14 **82**:19 **86**:22 **87**:3,9 **124**:3

**defy** [1] **98**:4

**degree** [1] **68**:8

**delay** [1] **24**:24

**demand** [1] **35**:14

**demographic** [2] **66**:1,6

**denounces** [1] **38**:17

**deny** [1] **70**:15

**department** [8] **37**:14 **64**:2 **115**:4 **116**:21 **122**:19 **125**:22 **145**:16 **146**:17

**department's** [10] **39**:4,6 **58**:11 **96**:9 **107**:7,20 **108**:16 **114**:19 **117**:13 **145**:13

**depending** [2] **102**:7 **142**:19

**depends** [1] **138**:10

**depiction** [1] **118**:16

**depraved** [2] **55**:11,15

**depravity** [1] **55**:13

**descended** [1] **96**:4

**describe** [2] **17**:18 **72**:9

**described** [8] **95**:4 **118**:22, 25 **120**:10,16 **121**:11 **123**:11 **128**:7

**describing** [1] **116**:9

**description** [4] **8**:17 **29**:14 **85**:16,20

**deserves** [1] **156**:8

**desnudo** [1] **155**:25

**detailed** [1] **5**:10

**details** [1] **3**:20

**determine** [1] **141**:23

**determined** [2] **120**:12,13

**developer** [1] **11**:6

**dictionary.com** [1] **56**:9

**difference** [8] **26**:15 **49**:21 **76**:11,16 **105**:10 **116**:17 **143**:14 **149**:24

**differences** [3] **40**:17 **129**:13 **145**:11

**different** [24] **10**:24 **17**:17, 18 **22**:7 **27**:18 **29**:8 **33**:25 **34**:17 **38**:16 **42**:12 **57**:19 **58**:18 **75**:10,17,17 **76**:1 **108**:24 **111**:3 **113**:25 **114**:16 **130**:2 **146**:15,16,22

**differentiates** [1] **88**:12

**differently** [5] **12**:18 **13**:8 **18**:13 **19**:23 **22**:11

**differs** [1] **42**:14

**difficult** [2] **9**:12 **74**:1

**difficulty** [3] **4**:9 **9**:5 **48**:2

**direct** [6] **77**:12 **80**:22 **99**:2, 17 **101**:1 **105**:2

**directed** [1] **91**:6

**directly** [12] **44**:23 **79**:13 **80**:13 **83**:17 **90**:7 **99**:7,8 **101**:14,20 **126**:15,17 **127**:11

**disagree** [28] **6**:6 **8**:22 **25**:1 **46**:4 **51**:2 **55**:1,20 **58**:16 **61**:24 **62**:16 **63**:10 **71**:24 **80**:18 **92**:17 **95**:11 **100**:24 **103**:24 **106**:13 **113**:14 **116**:24 **122**:12 **124**:25 **125**:21 **129**:18 **144**:14 **146**:5 **149**:12,23

**disagreed** [1] **6**:4

**disagreeing** [1] **149**:25

**disagreement** [4] **6**:9 **37**:16,17 **76**:13

**disagreements** [2] **3**:5 **4**:4

**disagrees** [1] **75**:4

**discovery** [1] **82**:12

**discrepancy** [1] **146**:15

**discuss** [1] **111**:5

**discussed** [5] **3**:24 **4**:2,3 **7**:11 **45**:7

**discusses** [2] **9**:21 **43**:9

**discussion** [1] **54**:9

**disparity** [1] **151**:6

**disportments** [1] **32**:12

**disproportionate** [1] **38**:1

**dispute** [11] **12**:4,15 **24**:4 **29**:4 **49**:20,21 **67**:18,24 **69**:3 **82**:3 **87**:7

**disputed** [2] **12**:2 **82**:15

**disputing** [1] **69**:9

**disrespectful** [2] **19**:13 **109**:19

**distinct** [3] **54**:24 **59**:2 **73**:17

**distinction** [8] **12**:13 **26**:14 **34**:20 **76**:11 **101**:21 **103**:17 **105**:20,21

**distinguish** [3] **105**:1,2 **131**:23

**distinguishable** [1] **122**:23

**distinguishes** [1] **130**:5

**distinguishing** [1] **58**:22

**district** [3] **82**:5 **89**:15 **107**:11

**doctor** [1] **68**:6

**document** [2] **4**:15 **11**:3

**documents** [2] **45**:13 **64**:22

**doe's** [1] **80**:3

**doing** [9] **40**:6 **43**:10 **44**:16 **57**:8 **93**:18 **130**:16 **147**:15, 16 **156**:7

**don** [1] **17**:11

**done** [14] **23**:17 **43**:3 **44**:10 **83**:22 **84**:24 **86**:1 **107**:3,11 **108**:13 **110**:8 **113**:4 **122**:23 **143**:25 **153**:10

**donna** [1] **129**:17

**door** [3] **81**:12,14,22

**doors** [2] **27**:7 **54**:20

**double** [2] **27**:23 **54**:11

**doubt** [2] **5**:21 **116**:2

**down** [4] **25**:9 **62**:5 **99**:5 **142**:4

**drafters** [3] **24**:23 **35**:19, 21

**draw** [4] **23**:15 **43**:1 **49**:7 **105**:22

**drawing** [2] **12**:13 **127**:21

**drawn** [3] **43**:24 **125**:1 **138**:6

**driven** [2] **80**:9 **116**:8

**drives** [3] **14**:15 **104**:9 **139**:8

**driving** [1] **154**:10

**dropped** [1] **155**:20

**drug** [8] **21**:7,20,20 **91**:18 **93**:16 **149**:21 **155**:15,15

**drugs** [8] **21**:14 **58**:3 **59**:11 **67**:20 **68**:2 **70**:17 **71**:13 **95**:3

# Keyword Index

**drunk** [1] **155:**9
**due** [3] **25:**25 **57:**1 **81:**24
**duress** [1] **33:**4
**during** [3] **68:**24 **153:**1,5

---

### E

**each** [17] **48:**15 **60:**2,3 **66:**5
  **77:**6 **84:**19,23 **98:**5 **107:**17
  **110:**20,23 **111:**11,17 **120:**
  24 **129:**8 **148:**23 **149:**23
**earlier** [4] **23:**14 **92:**10 **112:**
  10 **157:**7
**earliest** [1] **136:**13
**early** [5] **13:**24 **26:**16 **96:**6
  **98:**10 **102:**18
**earn** [2] **15:**15 **20:**4
**earned** [1] **91:**10
**earnings** [1] **20:**16
**easier** [6] **8:**16 **9:**8,16 **62:**5
  **142:**11,13
**easiest** [1] **7:**16
**easily** [1] **56:**11
**eastern** [1] **107:**11
**eat** [2] **154:**15,24
**economic** [4] **47:**22 **49:**3
  **51:**23 **64:**16
**economical** [1] **47:**15
**edification** [1] **9:**20
**education** [1] **64:**17
**effect** [1] **13:**3
**efficient** [2] **119:**1,13
**effort** [1] **36:**16
**eight** [1] **17:**12
**either** [9] **26:**25 **28:**17 **38:**
  24 **63:**25 **99:**11 **115:**6 **116:**
  3,22 **151:**12
**el** [1] **156:**2
**elderly** [1] **59:**2
**electronic** [1] **158:**2
**element** [1] **87:**10
**elements** [1] **5:**3
**eleven** [4] **156:**23,25 **157:**9,
  10
**elsitanico** [2] **155:**25 **156:**
  1
**embraced** [1] **88:**18

**emotion** [1] **56:**11
**emphasis** [2] **57:**15,16
**employed** [2] **65:**10 **101:**
  12
**encompass** [1] **138:**16
**encompassed** [2] **78:**2
  **139:**5
**encompasses** [1] **138:**17
**encounter** [2] **12:**19 **18:**6
**end** [6] **52:**19 **104:**8 **116:**15
  **131:**12 **145:**18,18
**ended** [1] **154:**24
**engage** [7] **17:**21 **54:**1 **56:**
  18,25 **57:**12 **118:**15 **134:**22
**engaged** [12] **24:**6 **62:**22
  **63:**6 **65:**23 **83:**24 **96:**1 **108:**
  7 **121:**4,16 **134:**23 **135:**1
  **136:**9
**engaging** [3] **43:**4 **84:**4
  **113:**1
**english** [1] **9:**10
**enhance** [4] **13:**5 **32:**24 **38:**
  23 **50:**10
**enhancement** [43] **9:**2 **12:**
  24 **13:**18 **14:**19 **20:**8 **22:**4
  **24:**15 **26:**2,4 **27:**4 **31:**8,16
  **32:**17,18 **40:**10 **45:**9,25 **48:**
  15 **55:**8,18,21 **58:**1,8,14 **63:**
  11 **65:**21 **67:**3,11 **69:**8,8,8
  **70:**13 **73:**16 **74:**2,18 **106:**
  17 **126:**23 **127:**24 **133:**21
  **139:**15 **140:**7,10,18
**enhancements** [18] **9:**4
  **12:**16 **13:**15 **21:**2 **37:**17 **45:**
  18 **50:**19,21 **60:**25 **61:**5
  **106:**17 **113:**15 **122:**10,24
  **126:**19 **127:**19 **141:**14 **146:**
  18
**enhancing** [1] **12:**23
**enough** [4] **9:**12 **18:**8 **50:**
  13 **154:**24
**ensure** [1] **125:**13
**enter** [1] **59:**12
**entered** [6] **6:**17 **102:**10
  **103:**5,19,20 **152:**20
**enterprise** [16] **8:**7 **84:**19,

20 **94:**10 **102:**15,15,20 **103:**
  10 **105:**20 **110:**13 **131:**2
  **149:**6,8 **150:**6,7,9
**enterprise's** [1] **110:**6
**enters** [3] **103:**2,3 **104:**13
**entice** [1] **79:**21
**enticement** [1] **22:**25
**entices** [1] **22:**22
**entire** [2] **149:**6 **150:**9
**entirely** [2] **111:**15 **135:**3
**entirety** [1] **43:**23
**entitled** [2] **99:**18 **158:**3
**equally** [1] **62:**17
**equate** [4] **71:**16 **87:**18 **99:**
  14 **121:**14
**equates** [3] **72:**13,16 **115:**
  25
**equity** [1] **150:**1
**erroneous** [1] **93:**24
**error** [2] **125:**7 **145:**15
**escape** [4] **17:**4 **18:**2 **29:**
  22 **66:**11
**escaped** [2] **25:**14 **31:**23
**espinal** [4] **3:**23 **4:**6 **6:**3 **11:**
  20
**essence** [1] **103:**2
**essential** [1] **5:**2
**essentially** [4] **25:**12 **36:**
  15 **62:**8 **83:**6
**establish** [1] **68:**23
**established** [6] **31:**14 **44:**
  4 **47:**19 **61:**23 **102:**13 **150:**
  9
**establishes** [3] **32:**3 **139:**
  1 **150:**4
**estimate** [11] **5:**15,20,20,
  23 **67:**4,5,6 **107:**20 **108:**6
  **114:**18,19
**estimated** [5] **27:**4 **37:**13
  **48:**22 **145:**23 **147:**3
**estimates** [5] **5:**22 **48:**13
  **104:**8 **107:**7 **146:**22
**estimation** [1] **49:**3
**et** [5] **22:**22,22 **51:**23,23
  **107:**18
**evazi** [3] **150:**2,3,8

**even** [29] **5:**7,15 **11:**5 **18:**4
  **26:**19,23 **28:**9,22 **56:**19 **71:**
  10 **80:**24 **88:**15 **91:**15 **97:**
  19 **99:**13 **102:**16 **108:**14
  **111:**20,20 **119:**3 **126:**25
  **127:**5 **134:**4 **142:**11,13 **154:**
  8,21 **155:**17 **156:**6
**event** [3] **108:**1 **117:**8,11
**events** [2] **59:**7 **72:**20
**event's** [1] **118:**13
**everybody** [5] **18:**13 **22:**
  11 **30:**11 **96:**1 **98:**9
**everybody's** [3] **7:**14 **157:**
  15,16
**everything** [6] **23:**3 **30:**11
  **91:**4 **103:**7 **128:**12 **131:**2
**evidence** [19] **15:**19 **19:**16
  **20:**8 **39:**8,10 **48:**16 **52:**14
  **53:**14 **59:**15 **79:**12 **84:**1 **93:**
  6 **98:**17 **100:**6 **101:**9,10
  **132:**19 **136:**4 **139:**17
**evidenced** [1] **15:**11
**exact** [2] **108:**15 **128:**20
**exactly** [5] **7:**17 **60:**9,16
  **125:**14 **141:**6
**example** [9] **34:**1,17 **35:**16
  **41:**13 **91:**18 **104:**21 **117:**18
  **122:**25 **126:**12
**examples** [1] **57:**17
**except** [1] **101:**12
**exception** [1] **141:**6
**exchange** [1] **133:**23
**exclusive** [1] **153:**16
**excuse** [4] **12:**9 **29:**25 **86:**
  5 **90:**24
**exerting** [1] **56:**15
**exhausted** [1] **61:**16
**exhausting** [1] **61:**20
**exhibit** [1] **39:**20
**exist** [1] **58:**8
**experience** [2] **19:**16 **29:**8
**explain** [1] **135:**23
**explained** [1] **19:**24
**explains** [1] **52:**21
**explicit** [1] **118:**15
**explicitly** [1] **22:**18

# Keyword Index

**exploit** [2] **24**:25 **125**:4
**exploited** [1] **98**:8
**express** [1] **153**:1
**expressly** [2] **19**:18 **111**: 16
**extent** [1] **66**:20
**extradition** [1] **40**:13
**extraneous** [2] **41**:24 **42**: 2
**extraordinary** [1] **73**:10
**extraterritorial** [2] **22**:18 **24**:14
**extreme** [8] **70**:6 **71**:19,22, 23 **72**:1,2,15 **73**:3
**extremely** [3] **4**:22 **61**:15 **148**:20
**eye** [2] **129**:12,23

## F

**f.2d** [3] **25**:21 **65**:8 **89**:17
**f.3d** [1] **25**:22
**face** [4] **24**:15 **35**:18 **84**:1 **134**:19
**faced** [3] **4**:12 **15**:8 **74**:12
**faces** [1] **36**:23
**facilitate** [6] **80**:9 **94**:25 **100**:7 **101**:7 **136**:10 **138**:2
**facilitated** [1] **100**:15
**facing** [1] **37**:4
**fact** [42] **3**:21 **6**:14 **15**:21 **16**: 6,15 **20**:11 **24**:18,24 **26**:19 **27**:3 **29**:3,4 **30**:14 **35**:24 **42**: 7 **43**:24 **44**:21 **47**:17 **49**:4, 23 **50**:3 **51**:12 **54**:22 **60**:5 **62**:20 **63**:5,7,10 **71**:14 **77**: 11 **80**:10 **86**:9 **92**:10 **94**:20 **96**:24 **99**:3 **102**:8,17 **104**:6, 20 **120**:25 **125**:18
**factor** [1] **64**:8
**factors** [2] **5**:24 **53**:25
**facts** [20] **5**:14 **26**:2 **27**:6 **28**:7 **36**:8 **38**:16,17,23 **40**:9 **41**:24 **42**:13 **43**:6 **60**:1,16 **77**:14 **79**:10 **109**:2 **132**:8, 15 **134**:15
**factual** [7] **3**:2,2 **6**:19 **70**:

**19 77**:18 **90**:8 **131**:1
**factually** [1] **9**:14
**failed** [1] **68**:9
**fair** [6] **23**:15 **49**:16 **54**:20 **60**:12,13 **106**:3
**fairly** [1] **4**:15
**fairness** [1] **150**:1
**fall** [1] **73**:8
**falls** [1] **14**:4 **30**:16
**false** [6] **10**:14,22 **12**:3 **17**: 20 **20**:3 **43**:13
**familiar** [2] **9**:13 **150**:11
**family** [38] **9**:25 **10**:3,23 **11**: 6,7,12,17 **14**:9 **16**:2 **18**:5 **30**:3 **37**:6 **44**:3,3 **57**:9 **64**: 23 **80**:5,10 **83**:24 **84**:18 **91**: 1,5,10 **94**:17 **95**:4,4 **96**:2,6 **101**:15 **121**:5,20,24 **134**:15 **135**:25 **137**:22,22 **153**:17 **154**:9
**far** [6] **5**:15 **37**:11 **77**:3 **79**:3 **111**:13 **129**:8
**father** [1] **16**:9
**fatico** [9] **19**:19,22 **23**:16 **38**:15 **40**:9 **67**:17 **68**:14 **74**: 4 **98**:15
**fear** [9] **18**:10 **19**:9,12 **35**: 11 **37**:4,4 **49**:1 **120**:25 **154**: 20
**federal** [1] **65**:17
**feeding** [1] **51**:9
**feel** [6] **31**:15 **37**:11,18 **59**: 13 **65**:4 **71**:23
**feeling** [1] **153**:1
**feelings** [1] **56**:11
**feels** [2] **27**:9 **81**:19
**felix** [23] **16**:25 **17**:1,3,5,6, 10 **18**:18,25 **29**:18,20 **30**:2 **48**:23 **49**:17 **60**:4 **66**:10,12, 15 **70**:25 **71**:1 **72**:3,3,4 **156**: 1
**felt** [4] **30**:8 **72**:7 **76**:14 **82**: 5
**female** [1] **101**:11
**fetus** [1] **73**:5
**few** [5] **9**:22 **49**:2 **78**:8 **117**:

**3 141**:4
**file** [2] **11**:23 **82**:8
**filed** [1] **11**:3
**filing** [2] **11**:21 **134**:19
**final** [1] **67**:2
**finally** [2] **25**:14 **154**:24
**find** [10] **9**:15 **16**:12 **26**:5 **89**:23 **106**:15 **122**:10 **128**:1, 2 **129**:10 **146**:6
**finding** [12] **14**:21 **45**:8 **62**: 17 **64**:3 **113**:6,11 **127**:12, 15 **128**:14 **131**:21 **136**:17 **143**:7
**finds** [1] **103**:1 **136**:19
**fine** [2] **76**:10 **157**:6
**first** [27] **3**:6,10 **7**:18 **8**:12 **12**:19 **20**:7 **22**:13 **28**:25 **51**: 17 **53**:16 **65**:8 **69**:2 **71**:4 **84**: 13 **89**:18 **90**:22 **102**:6 **107**: 4,11 **112**:8 **118**:12 **126**:21 **138**:23 **149**:5 **150**:25 **151**: 13,15
**fits** [1] **80**:20
**five-minute** [1] **117**:2
**flat** [2] **14**:4 **30**:16
**flies** [2] **24**:15 **84**:1
**flowed** [1] **19**:10
**flushed** [1] **64**:14
**focus** [1] **42**:22
**focused** [1] **53**:17
**focusing** [2] **46**:7 **102**:22 **104**:16
**follow** [4] **9**:16 **20**:17 **124**: 11 **126**:5
**followed** [1] **7**:16
**following** [2] **4**:9 **9**:5
**follows** [3] **7**:19 **103**:7 **127**: 9
**food** [1] **14**:16
**force** [13] **32**:9 **69**:6 **74**:22 **125**:9 **130**:13 **136**:6 **139**:4 **144**:3 **155**:10,12,13,13 **156**: 4
**forced** [13] **17**:6 **18**:18 **28**: 8,13 **30**:10 **33**:24 **34**:16,22 **36**:20 **57**:24 **59**:4 **66**:12 **67**:

**7**
**forcible** [4] **67**:6 **73**:17 **134**:23 **135**:1
**forcing** [3] **26**:20 **34**:18 **55**: 13
**foreign** [1] **22**:20
**foreseeability** [3] **135**:20 **137**:19 **138**:5
**foreseeable** [23] **90**:19 **102**:25 **103**:11 **113**:9 **121**:3, 14,23 **124**:21 **125**:15 **128**: 19 **131**:3 **132**:5,21 **133**:2,7 **134**:5,8,17,21 **135**:10,13 **136**:7 **140**:8
**foresees** [1] **95**:20
**forget** [1] **60**:12
**forgiveness** [1] **153**:10
**forgot** [2] **89**:13 **148**:12
**forth** [9] **15**:9 **28**:1 **37**:25 **58**:12 **69**:4 **92**:7 **127**:11 **142**:24 **145**:10
**forthright** [1] **85**:25
**forward** [1] **104**:15
**fought** [2] **67**:19,25
**found** [12] **11**:21 **81**:11,21 **121**:12 **122**:5,12 **124**:14 **126**:13 **127**:7 **129**:8 **130**:25 **133**:2
**four** [24] **12**:16 **13**:15,17 **20**: 8 **31**:7 **32**:16,18 **36**:7 **37**:19 **38**:22,24 **40**:9 **43**:18 **45**:4,8 **46**:2,4 **50**:16,17 **69**:3 **71**:18 **115**:21 **142**:24 **153**:6
**four-level** [1] **142**:18
**frame** [3] **92**:9,14 **102**:16
**francisco** [1] **65**:19
**frankly** [4] **19**:12 **29**:16 **57**: 23,25
**fraud** [6] **50**:20 **53**:5,7 **58**: 23,23 **59**:2
**free** [5] **29**:3 **30**:8 **62**:8 **153**: 7 **154**:19
**freedom** [1] **154**:20
**friction** [1] **48**:3
**friend** [3] **49**:12,15,17
**front** [1] **86**:1

# Keyword Index

**fucked** [3] **14:**15 **27:**7 **54:** 20
**full** [5] **6:**18 **88:**25 **108:**10 **110:**6 **111:**22
**funded** [1] **80:**4
**funding** [2] **79:**25 **96:**7
**funds** [1] **11:**11
**further** [1] **53:**4
**furtherance** [9] **90:**18 **97:** 3,4 **102:**14 **103:**8,9 **113:**2,4 **122:**6
**future** [4] **10:**15 **13:**13,14 **145:**25

## G

**gaining** [1] **83:**12
**gather** [1] **24:**18
**gave** [11] **9:**21 **10:**7 **18:**25 **30:**3 **65:**14 **78:**23 **82:**24 **85:** 18 **86:**1 **128:**12 **132:**24
**general** [3] **46:**19,23 **77:**5
**generally** [9] **47:**13,15 **51:** 23 **59:**11 **65:**23 **77:**6 **125:** 18,19 **128:**13
**georgia** [4] **79:**24 **110:**4 **137:**3 **138:**2
**getaway** [1] **34:**19
**gets** [14] **34:**25 **63:**6 **74:**24 **119:**19 **150:**25 **151:**1,2,3,4, 5,10,11,16,19
**getting** [5] **59:**11 **77:**11 **95:** 8 **107:**17 **149:**16
**girl** [1] **100:**8,8
**girlfriend** [2] **78:**3 **79:**3
**girls** [20] **14:**10,22 **37:**6 **79:** 23 **80:**6 **83:**24 **84:**3,18 **91:**9 **93:**19 **107:**17 **110:**3 **115:**7 **125:**3 **134:**17 **135:**11 **136:**6, 9 **137:**23 **138:**3
**give** [13] **13:**17 **27:**14 **31:**6 **35:**14 **38:**22 **45:**4 **72:**3 **79:**4 **91:**18 **101:**19 **150:**15 **153:** 18 **156:**5
**given** [14] **11:**5 **19:**12 **23:** 14 **30:**14 **31:**21 **34:**11 **35:** 16 **57:**17 **64:**16 **65:**12 **69:**

18 **110:**13 **134:**17 **151:**5
**gives** [3] **18:**7 **30:**25 **138:** 22
**giving** [14] **32:**9,10 **45:**2 **49:** 25 **71:**2 **72:**5,15 **122:**6 **126:** 12 **127:**1,15,16 **154:**8,23
**gjelaj** [54] **26:**5 **39:**2 **62:**14 **64:**14 **69:**22 **102:**5 **104:**4,6, 18,22,25 **105:**3 **106:**1,3 **113:**2,8 **118:**21 **123:**16,19, 22,24 **138:**21 **139:**7 **141:**3, 19 **142:**6,8,11,17,23 **143:**2, 5,11,19,21 **147:**22,24 **148:** 8 **149:**1,3,5,15,25 **150:**4,15, 19,24 **151:**10,15,18,21,24 **152:**2,4
**global** [3] **5:**15 **74:**4 **152:** 11
**god's** [1] **153:**9
**goodbye** [1] **30:**15
**got** [9] **9:**15 **10:**18 **12:**20 **31:** 5 **57:**14 **133:**6 **146:**15,16 **154:**17
**gottler** [1] **152:**24
**government** [90] **3:**1 **5:**15 **6:**7 **9:**3 **12:**14 **15:**24,24 **20:** 17 **23:**21 **25:**6 **26:**6,7,13,19 **27:**4 **30:**20 **31:**20,24 **33:**1 **35:**22 **37:**16,18,23 **38:**20 **41:**14,23 **42:**14,17 **46:**1,6 **47:**2 **48:**13,22 **49:**6 **50:**17 **51:**20 **53:**13 **56:**13 **58:**10, 17 **59:**24 **60:**4 **62:**15,16 **64:** 1 **67:**2,21 **68:**9,12,22 **69:**14 **71:**23 **75:**5,7,11,24 **76:**1,19, 23 **81:**12,15,19,25,25 **82:** 15 **83:**19 **88:**14 **93:**22 **94:**7 **96:**24 **99:**23 **109:**6 **113:**14 **116:**10 **117:**12 **118:**4 **120:** 14 **122:**15,18 **130:**8 **132:**4 **144:**13,25 **145:**10,22 **146:**5, 12,14 **147:**9 **149:**17
**government's** [45] **4:**1 **5:** 14,18,19 **6:**3,8,11 **7:**12 **8:** 13 **14:**19 **15:**10 **18:**4,10 **19:** 7 **22:**11 **25:**16 **26:**1 **28:**5,11

**37:**1 **38:**18,21 **39:**3,11 **46:** 22 **48:**16 **49:**3 **68:**21 **80:**25 **96:**10 **106:**8 **108:**6 **114:**14, 18,22 **116:**5,14,19,25 **120:** 21 **121:**16,18,19 **139:**20 **143:**10
**grab** [1] **155:**11
**grandchild** [1] **16:**10
**great** [2] **77:**19 **135:**23
**greater** [4] **55:**9 **102:**16 **120:**12 **152:**6
**greatly** [1] **32:**17
**grossly** [2] **37:**1,25
**ground** [1] **45:**12
**grouped** [3] **108:**9 **111:**6 **151:**11
**grouping** [1] **152:**9
**guan** [2] **17:**7 **66:**13
**guanajuato** [6] **17:**8,9 **18:** 19 **66:**14 **78:**20,21
**guess** [7] **7:**16 **8:**3 **11:**7 **87:** 8 **118:**12 **136:**17 **142:**19
**guidance** [1] **27:**14
**guide** [1] **63:**15
**guideline** [78] **3:**5 **5:**22 **6:** 15 **7:**25 **8:**25 **9:**7 **23:**20,23 **24:**13,13,22 **27:**2,21,22,22, 24 **32:**25 **33:**6,11 **34:**7 **35:** 17,20 **36:**17 **47:**8 **50:**13,22, 24 **52:**6,15 **58:**9 **61:**4 **63:**20 **64:**9,10,12 **67:**12 **72:**21 **73:** 13,13,15,18,23 **75:**5 **76:**2,3, 4,9 **88:**10,17 **90:**13 **104:**7,7 **106:**16 **109:**12 **110:**15,16, 17 **111:**3,11,18 **113:**13,17, 18 **114:**4,21 **116:**7,12 **117:** 15,23 **122:**13,14 **133:**8,20, 21 **135:**14 **140:**12 **141:**14 **151:**10
**guidelines** [46] **4:**2,3 **5:**19 **15:**18 **21:**2 **25:**2,2 **27:**14,25 **28:**22 **32:**18,19 **35:**19 **36:** 12 **37:**13,20 **46:**7,13 **47:**21 **48:**10,13 **54:**25 **55:**4 **59:**16 **73:**22 **76:**5,15 **81:**3,6,17 **82:** 3 **90:**12 **106:**4 **107:**25 **109:**

6 **110:**23 **111:**16 **122:**24 **123:**17 **129:**11,23,24 **145:** 13,17 **148:**15 **149:**20
**guilty** [23] **4:**12 **5:**1 **6:**20 **15:** 21 **22:**24 **29:**12 **80:**14,25 **81:**1,21 **89:**8 **90:**22,23 **92:**7 **95:**5 **100:**22 **101:**5,8 **105:** 24 **106:**5,21,21 **116:**2
**gun** [1] **154:**12
**guys** [1] **157:**14

## H

**half** [3] **65:**21 **128:**25 **129:**9
**hand** [3] **39:**22 **61:**3 **94:**12
**handed** [1] **31:**4
**handicapped** [1] **53:**8
**hang** [1] **7:**21
**happen** [4] **72:**17 **115:**22 **116:**3 **132:**17 **135:**10
**happened** [33] **12:**25 **13:**7, 9 **14:**23 **22:**9,13,13 **23:**15 **29:**4 **32:**14 **39:**10 **41:**18 **42:** 3,9,9,14,24 **43:**2,20 **44:**16, 20 **54:**23 **60:**9,17 **68:**19 **71:** 15 **73:**4 **85:**12,17 **132:**4 **134:**6,20 **143:**17
**happening** [4] **40:**6 **50:**24 **84:**16,17
**happens** [9] **20:**22 **28:**3,12 **31:**9 **32:**24 **35:**1,2 **49:**21 **75:** 1
**happy** [3] **10:**3 **48:**4 **62:**19
**harbor** [2] **79:**21 **98:**6
**harbored** [3] **79:**24 **83:**21 **137:**2
**harboring** [12] **86:**3,8,9,23, 24 **87:**4,5,9,18 **93:**20 **100:** 11 **101:**7
**harbors** [1] **22:**22
**hard** [2] **55:**12 **56:**20
**harm** [7] **17:**3 **18:**1 **29:**21 **56:**19 **66:**10 **153:**8 **156:**8
**harmed** [2] **15:**8 **56:**10
**harming** [3] **16:**11 **57:**8,9
**head** [6] **25:**7 **41:**25 **58:**7 **96:**13 **150:**19 **154:**18

# Keyword Index

**heal** [1] **155**:2
**hear** [6] **46**:23 **87**:2 **89**:24 **108**:23 **123**:21 **131**:17
**heard** [2] **15**:13 **16**:7
**hearing** [7] **19**:19 **23**:16 **38**:15 **41**:6 **68**:14 **74**:4,10
**heart** [2] **16**:10,13
**held** [18] **19**:8 **23**:25 **28**:8 **30**:6 **51**:8 **53**:16 **82**:25 **88**:16 **103**:6,17 **104**:15 **108**:9 **111**:17,22 **126**:10,11 **129**:19 **137**:8
**he'll** [1] **152**:18
**help** [7] **36**:19 **84**:19,23 **86**:1 **87**:22 **98**:6 **101**:7
**helped** [2] **85**:1 **136**:10
**helpfully** [1] **122**:19
**hemorrhage** [1] **154**:7
**heron** [1] **17**:11
**herrera** [8] **11**:9,10,23 **30**:25 **32**:6,7 **50**:3,6
**high** [5] **47**:19 **50**:13 **64**:11 **133**:10 **139**:18
**higher** [4] **76**:3,5 **117**:15 **122**:14
**highest** [4] **129**:7 **151**:6 **152**:8 **156**:5
**highlight** [1] **40**:16
**highly** [2] **134**:20 **135**:9
**himself** [7] **37**:8 **78**:3 **96**:4 **130**:13 **153**:17 **154**:14,21
**history** [2] **47**:17 **152**:12
**hit** [1] **15**:14
**hold** [3] **36**:11 **88**:24 **103**:15
**holding** [6] **27**:17 **59**:5 **93**:16,18 **95**:6 **105**:6
**home** [21] **10**:7 **18**:25 **28**:7 **29**:5,10,18,19,20 **30**:3,7,15 **36**:3 **48**:2,3 **49**:11,24 **78**:23 **79**:24 **83**:22 **87**:9 **137**:3
**honest** [2] **13**:13,13
**honor's** [4] **4**:23 **43**:22 **45**:8,16
**hope** [2] **155**:2,5
**hoped** [1] **155**:3

**horse** [1] **44**:19
**hospital** [2] **68**:5 **154**:7
**hospitalization** [3] **70**:6 **71**:9,19
**hotel** [3] **9**:19 **20**:20 **57**:13
**hour** [1] **8**:15
**hours** [1] **30**:2
**house** [10] **10**:23 **14**:15 **16**:25 **27**:8 **30**:1 **43**:11 **51**:9 **84**:13 **86**:21 **100**:10 **154**:22 **155**:20
**houses** [1] **154**:10
**however** [4] **8**:18 **13**:7 **62**:18 **73**:9
**human** [1] **19**:23
**hungry** [1] **154**:14

---

**I**

**i"m** [1] **132**:16
**idea** [6] **25**:9 **26**:10,22,23 **43**:15 **104**:10
**identified** [1] **14**:7
**identifies** [1] **39**:6
**ignored** [1] **37**:23
**ignores** [1] **72**:24
**illegal** [1] **112**:4
**illegitimacy** [1] **10**:9
**illegitimate** [2] **48**:1,4
**imagine** [4] **55**:12 **56**:20 **131**:12 **133**:16
**immediately** [1] **60**:14
**immigration** [1] **41**:15
**immunity** [2] **31**:5 **41**:15
**impact** [5] **30**:9 **68**:15 **129**:12 **152**:16,21
**impairment** [2] **70**:7 **71**:20
**imply** [1] **26**:25
**important** [10] **10**:9 **11**:16 **15**:21 **28**:15 **42**:22 **49**:23 **101**:21 **102**:15 **110**:9 **148**:12
**impose** [1] **66**:21
**impossible** [1] **15**:7
**impoverished** [2] **63**:4 **64**:17

**impression** [1] **5**:18
**impressionability** [1] **56**:1
**inaccurate** [1] **125**:11
**inapplicable** [1] **13**:16
**inaudible** [5] **13**:6 **26**:6 **40**:24 **53**:14 **57**:13
**incident** [1] **142**:23
**inclined** [1] **57**:12
**include** [7] **91**:14 **92**:2 **93**:3 **96**:18 **101**:1 **110**:23 **145**:14
**included** [16] **5**:14 **6**:14 **67**:3,4 **79**:14,16 **82**:1 **105**:8 **106**:17,18 **107**:4,5,19 **108**:3,17 **138**:8
**includes** [1] **111**:19
**including** [7] **3**:22 **13**:24 **14**:7 **37**:7 **38**:1 **48**:16 **108**:13
**inclusion** [5] **81**:14 **96**:9,10 **99**:22 **105**:24
**inclusive** [1] **108**:6
**inconsistency** [1] **19**:5
**incorporated** [3] **26**:8 **64**:9,10
**incorrect** [5] **82**:16 **85**:4 **116**:5,6 **147**:10
**incorrectly** [1] **146**:21
**increase** [6] **36**:12 **73**:21 **113**:17 **142**:18,25 **152**:5
**increases** [1] **32**:17
**incredibly** [1] **49**:5
**indeed** [1] **34**:24
**independent** [2] **62**:6 **68**:11
**indicate** [1] **17**:13
**indicated** [5] **39**:2 **47**:16 **68**:7 **118**:6 **148**:17
**indicates** [1] **55**:8
**indication** [1] **83**:10
**indicative** [1] **36**:2
**indictment** [9] **13**:23 **14**:8 **84**:21 **98**:10 **108**:22 **111**:21 **112**:9 **113**:20 **130**:23
**indiscernible** [2] **81**:21

**86**:17
**indistinguishable** [2] **65**:6 **141**:15
**individual** [5] **66**:5 **79**:6 **80**:2 **83**:18 **88**:7
**individualized** [1] **62**:17
**individuals** [7] **26**:20 **47**:13 **62**:21,23 **63**:3 **64**:23 **101**:2
**induce** [3] **54**:1 **71**:3 **72**:6
**inducing** [1] **37**:3
**industry** [1] **84**:1
**infant** [3] **9**:24 **14**:14,17
**inference** [5] **23**:16 **43**:1,24 **49**:7 **138**:6
**inferences** [2] **58**:8 **124**:25
**inflicted** [1] **38**:7
**influence** [1] **56**:1
**influenced** [2] **56**:10,11
**inherent** [1] **27**:1
**initial** [2] **18**:5 **53**:17
**initially** [1] **98**:20
**initiated** [1] **50**:6
**initiates** [2] **51**:17,18
**injury** [22] **46**:1 **67**:5,11,23 **68**:22,24 **69**:2,6,17,23 **70**:5,5,6 **71**:19,22 **73**:16,21 **74**:21,22,24 **121**:1 **139**:4
**inside** [1] **154**:15
**insisting** [1] **82**:25
**instance** [6] **14**:12 **37**:11 **48**:21 **60**:3 **103**:10 **108**:16
**instances** [1] **67**:19
**instant** [2] **69**:4 **127**:10
**instruction** [1] **111**:19
**integral** [1] **11**:6
**integrally** [1] **80**:5
**integrity** [1] **153**:4
**intend** [1] **63**:21
**intended** [6] **23**:24 **35**:19,21 **43**:19 **47**:19 **48**:10
**intent** [13] **15**:2 **21**:22,24 **23**:17,20,21 **24**:23 **28**:19 **35**:25 **52**:1 **83**:2 **129**:24 **139**:25

# Keyword Index

**intention** [2] 45:16 102:8
**intentionally** [1] 82:2
**interact** [1] 30:12
**interdicted** [1] 21:9
**interested** [1] 109:1
**international** [5] 14:21 21:2,3,13 24:17
**interpret** [1] 61:3
**interpretation** [6] 81:2,8 86:7,24 145:13,17
**interpreter** [7] 6:2 7:5,11 152:22 153:21 155:22,22
**interpreter's** [1] 153:22
**interpreting** [1] 87:5
**interstate** [1] 22:19
**interview** [1] 11:20
**introduce** [1] 41:23
**invidious** [1] 49:5
**invite** [1] 87:9
**invited** [3] 49:15 51:25 60: 13
**involve** [6] 4:8 29:11 118: 24 121:12 128:9 133:23
**involved** [40] 13:23 14:6 16:20 24:7 47:10,12 63:12 65:13 78:9 79:8 80:5,13 85: 8 90:7 92:9 93:11,19 95:9, 20 101:18,20 107:19 108: 19 110:18 118:22 120:10 122:21 123:3,11 125:2 126: 18,18 127:18,20 128:6,6 130:12 131:1 132:10 136: 19
**involvement** [34] 8:7,8 16: 3 37:6 44:1,13 77:12,15,23 78:5,17,25 80:22 90:9 91:5 93:5,11 94:9,17 95:7,10 97: 7 100:25 101:1 103:16,22 115:7 120:18 121:24 122:5, 5 127:17 148:19,23
**involves** [1] 122:17
**involving** [5] 16:18 38:3 64:6 115:2 118:13
**irrelevant** [4] 31:25 32:1 78:7 91:6
**isn't** [3] 44:7 93:10 96:3

**issue** [10] 40:14 45:22 79: 18 94:8 101:13 103:15 108: 15 111:13 136:21 151:8
**issues** [3] 39:5 110:2 111: 9
**it'll** [2] 74:4 138:22
**itself** [6] 27:2 35:5 49:10 96:18 133:8 141:12

---

## J

**james** [1] 65:18
**january** [1] 89:15
**job** [2] 4:22 49:3
**join** [1] 96:22
**joined** [1] 92:5
**joining** [6] 91:15 92:2,18 94:9 96:20 129:20
**joint** [1] 13:12
**jointly** [19] 90:14,17 91:7, 12 95:17 96:8 102:10 103: 3,6,9,13,21 104:8,14 107: 14 113:3,4 121:8 130:11
**joking** [2] 61:17,19
**jose** [3] 77:24,25 79:25
**jovan** [5] 17:6,11 18:18 66: 17 78:19
**judge** [10] 4:22 5:18 104: 10 108:12,13,13,14 131:9, 17 147:22
**judicious** [1] 59:25
**jumped** [2] 17:22 20:1
**junior** [1] 139:18
**jurisdiction** [2] 22:18,21
**justice** [1] 143:6
**justified** [1] 21:15

---

## K

**kamdang** [1] 65:19
**keep** [8] 50:19,20 85:14 129:1,12 154:8,9 156:7
**keeping** [1] 72:25
**keeps** [3] 50:23 105:16 132:4
**kick** [1] 125:21
**kid** [1] 18:16
**kidnaped** [1] 31:13

**kidnaping** [3] 23:11 26:16 35:5
**kill** [4] 57:10,10,11 58:3
**kilos** [1] 93:17
**kind** [9] 29:1 31:5 41:6,14 65:12 72:14 84:8 99:21 150:1
**knowingly** [2] 6:17 22:19
**knowledge** [6] 11:14 53:2 101:15 139:25 140:13 142: 2
**known** [4] 52:25 60:2 63:1, 3
**knows** [10] 50:19 52:25 60: 24 63:1 91:16,16 128:17 153:11 154:20 155:16

---

## L

**labor** [2] 71:3 72:6
**lack** [1] 47:15
**laid** [1] 134:18
**lands** [1] 73:18
**language** [6] 58:9 66:9 96: 17 117:10 122:20,23
**lapse** [1] 23:14
**large** [1] 14:20
**larger** [2] 83:23 84:17
**last** [7] 3:23 60:22 68:19 69:12 102:24 113:8 143:22
**late** [2] 157:11,12
**later** [9] 10:11,11 15:25 20: 21 21:17 38:4 44:8 125:17 146:2
**latest** [1] 95:1
**latitude** [1] 102:16
**latter** [1] 25:23
**laundering** [5] 146:3,4,20 148:9 151:7
**law** [36] 13:3 14:24,24 21: 12,19 22:8 25:5 27:14 36:7, 9 39:7 50:20 55:18 58:13, 22 61:1 63:16,16 86:23 87: 5 88:10,18 92:14,16,17 98: 4 100:19 101:4 102:19 105: 17,18 110:11 111:1 140:2 149:5 150:2

**lea** [1] 67:3
**learned** [2] 52:17 145:24
**lease** [1] 73:25
**least** [9] 16:12 29:10 36:23 56:7 65:5 141:13,15 143: 16,23
**leave** [9] 10:3 29:3 30:2,8 48:4 62:8 75:13 76:23 117: 7
**leaves** [8] 14:15 28:12 29: 2 75:14 76:24 77:1 141:2 143:22
**leaving** [4] 27:8 29:24,24 30:3
**left** [18] 10:10,25 15:3 18:3 28:6 29:9 30:22,23 44:22 50:3 68:13 82:2 154:5,7,13, 14 155:20,25
**leg** [1] 128:19
**legal** [3] 21:3 41:22 74:14
**legally** [4] 40:10 41:17 107: 23 109:7
**legislative** [1] 47:17
**len** [1] 65:19
**lend** [3] 83:11 88:2,7
**lending** [5] 78:5 83:7,16 97:16,20
**length** [3] 3:24 43:7 135: 23
**lengthy** [3] 5:12,16 65:20
**lent** [5] 77:24 83:17 88:6 94:5 100:13
**less** [4] 11:7 17:13 63:19 154:17
**letter** [3] 7:23 18:23 157:1
**level** [86] 8:18 9:1 12:6 47: 20,20 50:14,24 64:10 74: 24,25 75:1,5,10,12,15,16, 21 76:3,9,11 77:1 109:12, 17 113:17 114:7,10,24 115: 1,12,23 116:4,8,15,22,23 117:15 120:12,13,19 122: 14,17 129:7 133:8,9 136: 18,20 137:16,16 138:9,14 139:1 141:2 142:12,25 143: 12,18 144:2,7,14,21,23

# Keyword Index

**145**:7,23 **146**:5,8,9,11,12, 18 **147**:6,18 **148**:1,2,3,4,5, 8,9 **151**:6,7,16,18,22 **152**:5, 10,12
**levels** [7] **73**:21 **138**:23 **139**:15 **152**:6,7,8,9
**liability** [13] **88**:12 **90**:3 **93**: 10 **96**:14 **97**:11,23 **99**:20, 20 **100**:2 **105**:12,16 **137**:8 **140**:16
**liable** [2] **56**:10 **97**:12
**liberally** [1] **60**:25 **62**:19 **63**:11
**lie** [1] **137**:7
**life** [6] **9**:25 **10**:22,24 **37**:4,5 **124**:15
**lifestyle** [1] **59**:4
**lift** [1] **78**:23
**light** [6] **18**:23 **37**:2 **41**:16 **43**:2,23 **44**:15
**likely** [4] **56**:10 **70**:17 **124**: 21 **130**:12
**likewise** [1] **103**:11 **121**:3 **151**:22
**limit** [3] **24**:14 **126**:10 **132**: 1
**limitation** [3] **113**:16 **127**: 21 **132**:7
**limitations** [4] **92**:7 **96**:13 **99**:19 **109**:25
**limited** [17] **8**:8 **16**:2,15,20 **39**:3 **48**:11 **58**:6 **83**:3 **90**:9 **105**:11 **115**:7 **122**:4 **124**:15 **127**:24 **148**:18,21 **149**:7
**limits** [1] **82**:17
**line** [1] **103**:13
**listed** [2] **16**:14 **106**:11
**literally** [1] **65**:3
**little** [8] **9**:16 **15**:6 **26**:10 **50**: 8 **63**:2 **82**:4 **114**:16 **143**:15
**live** [4] **10**:6 **79**:5 **154**:20,24
**lived** [1] **31**:15
**living** [2] **12**:20 **96**:3
**loan** [3] **82**:24,25 **128**:16
**local** [3] **10**:8 **11**:4 **31**:1
**location** [6] **33**:25 **34**:17,

22,25 **54**:22 **96**:1
**locked** [2] **60**:6,14
**locking** [2] **27**:7 **54**:20
**log** [1] **21**:1
**logic** [2] **24**:16,23
**long** [3] **130**:7 **139**:1 **150**:8
**longer** [1] **62**:25
**look** [28] **41**:25 **52**:20 **60**:18, 20 **73**:6 **75**:9 **77**:14 **78**:12, 17,19 **80**:24 **81**:5 **86**:16 **89**: 18,18 **97**:16 **98**:25 **114**:3 **115**:11,11 **118**:12 **119**:14 **144**:17 **146**:14 **149**:22 **150**: 9,14,17
**looked** [2] **32**:6 **120**:8
**looking** [36] **8**:12 **9**:19 **16**: 22,23 **24**:11 **29**:6 **45**:24 **59**: 25 **62**:18 **72**:11 **77**:10,21 **85**:11 **89**:12,21 **102**:11 **103**: 25 **104**:3 **109**:10 **113**:24 **117**:1,22,24 **119**:15 **120**:9 **123**:13 **126**:9 **132**:3 **138**:7 **139**:17,20 **143**:17,23 **149**: 20 **150**:5,5
**lose** [2] **8**:21 **154**:6
**lost** [3] **119**:7,10 **153**:4
**lot** [4] **27**:14 **74**:2,14 **132**:11
**loved** [3] **17**:22 **20**:6 **57**:9
**low** [1] **51**:23
**lower** [1] **47**:22
**luck** [1] **24**:24
**ludicrous** [1] **134**:19

# M

**made** [28] **10**:14 **20**:17 **21**: 17 **31**:19 **32**:4,6,7 **42**:7 **46**: 13 **51**:11 **54**:16,18 **63**:24 **75**:24 **81**:7,15 **84**:14,20 **92**: 10 **101**:24,25 **117**:12 **128**: 20 **135**:9 **140**:15 **149**:6 **155**: 19 **157**:8
**magical** [1] **87**:7
**magistrate** [2] **3**:10 **6**:17
**mail** [1] **157**:2
**mailed** [1] **93**:14
**maintain** [2] **79**:22 **98**:7

**majority** [1] **53**:16
**man** [2] **65**:13 **79**:19
**mandatory** [3] **8**:6,10 **36**: 21
**manipulated** [1] **56**:14
**manipulator** [1] **156**:6
**manual** [1] **69**:23
**manufacturing** [2] **21**:22, 22
**many** [6] **3**:4 **8**:21 **48**:25 **84**: 24 **122**:23 **155**:4
**marijuana** [2] **155**:16,18
**maritime** [1] **22**:20
**mark** [2] **112**:18 **147**:15
**marketed** [1] **53**:7
**marketing** [1] **53**:6
**marsha** [1] **152**:24
**martinez-rojas'** [1] **79**:3
**material** [2] **49**:20,22
**math** [1] **151**:25
**matsumoto** [1] **108**:13
**matter** [17] **12**:23 **23**:11 **31**: 7 **32**:14 **33**:10 **41**:19 **49**:22 **51**:17 **52**:17 **69**:10 **71**:14 **101**:17,17 **136**:17 **153**:11, 12 **158**:3
**matters** [3] **24**:13 **71**:14 **116**:20
**mauskopf** [1] **108**:14
**maximum** [1] **153**:9
**mccall** [1] **55**:8
**mdc** [1] **6**:2
**mean** [28] **4**:14 **6**:25 **16**:6 **19**:6,13 **32**:12 **36**:10 **42**:17 **44**:16 **56**:6 **70**:5 **74**:16 **95**: 12,14 **109**:19 **116**:1 **120**:9 **122**:8 **124**:5 **126**:14 **127**:16 **128**:11 **132**:10 **133**:13,14 **134**:6 **137**:4 **138**:4
**meaning** [12] **26**:11 **27**:13, 15 **34**:10 **35**:17 **53**:11,12 **69**:17 **100**:9,11,19 **130**:2
**means** [13] **27**:15,16,16 **28**: 9 **33**:24 **34**:16 **69**:4 **117**:6 **124**:3 **127**:10 **128**:13 **130**:8 **142**:24

**meant** [1] **50**:12
**meantime** [1] **40**:1
**med** [1] **68**:6
**medical** [1] **71**:9
**meet** [3] **10**:11 **49**:11 **153**: 19
**meeting** [2] **28**:4 **157**:4
**meets** [1] **18**:9
**member** [3] **16**:2 **57**:9 **95**: 1
**members** [4] **91**:14 **96**:19 **121**:5 **154**:10
**memo** [9] **9**:20 **21**:12 **47**: 16 **67**:15 **69**:20 **77**:22 **88**: 22 **99**:5 **148**:13
**memorandum** [5] **7**:12, 13,17,19,24
**memorized** [1] **150**:12
**mental** [3] **57**:2 **61**:12,15
**mention** [1] **21**:25
**mentioned** [3] **22**:1 **26**:19 **64**:20
**merely** [1] **23**:23
**merit** [1] **39**:2
**meritless** [1] **132**:14
**messages** [1] **155**:19
**met** [11] **9**:18 **20**:19 **41**:20 **42**:1,8 **43**:18 **44**:2 **68**:23 **78**: 18,22 **84**:13
**methods** [2] **121**:22 **125**:4
**mexican** [8] **16**:2 **18**:22 **21**: 19 **30**:3 **79**:6 **107**:11,12 **153**:25
**mexico** [55] **9**:15,18 **10**:14, 16 **12**:19 **13**:1,7,9 **14**:4,5,8, 23,24 **15**:14 **16**:16,21 **17**:9 **18**:19 **20**:12,15,22 **21**:16 **24**:8 **25**:11,16 **26**:10 **28**:19 **30**:20 **31**:20,25 **33**:3 **35**:5 **36**:5,8 **42**:21 **43**:21 **44**:10 **47**:14 **50**:2,5 **64**:18 **66**:15 **77**:16 **78**:21,22 **84**:5,13 **91**: 1,2 **135**:5,21 **154**:4,11,17 **155**:19
**middle** [2] **16**:24 **52**:18
**might** [6] **4**:13 **16**:7 **41**:16

# Keyword Index

**53**:25 **108**:22 **128**:19
**milk** [1] **51**:9
**mind** [5] **3**:4 **20**:20 **29**:6 **35**:23 **36**:1
**mine** [2] **7**:25 **146**:6
**minimum** [8] **8**:6,10 **36**:21,23 **37**:1 **103**:3,4,19
**minor** [17] **14**:7,14 **76**:7 **80**:17 **84**:7 **114**:1,2,22 **118**:15 **141**:19,21,22,23 **148**:19,24 **149**:8,19
**minors** [5] **37**:7 **83**:25 **98**:12 **137**:9 **140**:17
**minute** [7] **20**:18,19,19 **41**:25 **43**:18 **60**:5 **136**:15
**minutes** [2] **4**:8 **117**:3
**miscarriage** [21] **67**:8,24 **68**:1,3,18 **69**:11 **70**:14,15,23 **71**:2,6,7,8,12,15 **72**:5,12,13,15,24 **73**:2
**miscarriages** [1] **73**:9
**mischaracterized** [1] **73**:7
**missed** [1] **151**:14
**missing** [6] **39**:24 **40**:5,7 **111**:16 **130**:19,21
**misstate** [1] **138**:20
**mistake** [1] **117**:12
**mitigation** [3] **131**:13 **135**:3,8
**mixed** [1] **105**:12
**modus** [2] **26**:21 **59**:23
**moment** [10] **8**:17 **12**:12 **19**:12 **20**:17 **31**:12 **35**:10 **62**:1 **92**:8 **94**:22 **95**:1
**money** [57] **10**:7,11,23 **11**:9,10 **15**:15 **18**:6,6,8 **20**:4 **32**:9,10 **49**:25 **50**:4 **77**:24,25 **78**:1,2,5 **83**:7,11,16 **85**:14,18,24 **86**:1 **88**:2,7 **91**:10 **93**:14 **94**:5,24 **97**:16,20 **100**:7,13 **101**:19 **122**:6 **126**:12 **127**:1,1,15,16 **128**:12 **132**:24 **133**:24 **138**:2 **146**:3,4,20 **148**:9,21,22 **151**:7 **154**:9,21,23

**monies** [1] **100**:17
**month** [4] **20**:23 **27**:7 **42**:10 **43**:8
**months** [8] **14**:14 **20**:23 **24**:18 **38**:2 **43**:9 **50**:4 **153**:6 **154**:4
**montrando** [1] **85**:8
**moreover** [2] **60**:17,17
**most** [4] **6**:9 **28**:14 **110**:13 **114**:4
**mother** [14] **16**:7 **17**:6 **18**:18 **49**:1 **51**:4,5 **54**:24 **55**:13 **56**:17,17 **57**:22 **61**:16 **63**:22 **66**:17
**mother's** [1] **73**:11
**mouth** [1] **48**:7
**move** [1] **110**:14
**moving** [1] **66**:24
**much** [8] **8**:11 **37**:16,16 **38**:6 **57**:11 **66**:3 **153**:18 **157**:17
**multi** [1] **37**:6
**multiple** [19] **5**:9 **108**:7,15 **110**:18,22 **111**:3,4,5,6,8,20 **129**:1,9 **145**:20 **147**:7,8,9,11,24
**multiple-count** [1] **108**:17
**municipal** [3] **10**:8,10 **11**:6
**must** [1] **92**:16
**mutual** [2] **84**:22 **107**:16
**myself** [3] **4**:9 **26**:5 **69**:14

## N

**name** [2] **86**:6 **155**:19
**namely** [1] **14**:2
**narrow** [4] **60**:20 **81**:8
**narrowed** [3] **101**:24,25 **131**:23
**narrower** [1] **88**:17
**national** [1] **110**:5
**nature** [6] **19**:23 **28**:18 **73**:11 **107**:15 **110**:13 **136**:5
**near** [1] **80**:2
**necessarily** [3] **19**:13 **105**:

4 **146**:20
**necessary** [3] **40**:8 **76**:14 **82**:9
**necessity** [1] **35**:12
**need** [9] **55**:9 **59**:13 **64**:18,24,24 **85**:25 **87**:6 **111**:22 **117**:2
**needed** [4] **23**:19 **67**:17 **77**:25 **154**:9
**needs** [5] **39**:21 **80**:9 **111**:19 **129**:10 **155**:22
**negotiated** [1] **5**:16
**negotiations** [1] **5**:12
**neither** [3] **67**:15 **94**:2 **120**:18
**nervous** [1] **157**:13
**never** [7] **24**:2 **48**:5 **82**:4 **139**:19 **155**:18 **157**:11,12
**new** [3] **153**:23 **154**:10,10
**newbie** [1] **93**:16
**newborn** [5] **48**:24 **51**:3,4 **56**:15,16
**newman's** [5] **25**:8 **99**:17 **124**:11 **134**:19 **137**:15
**news** [1] **75**:4
**next** [5] **75**:14 **89**:6 **140**:18 **142**:21 **151**:21
**nice** [1] **93**:25
**niece** [1] **10**:25
**night** [2] **17**:13 **86**:7
**nights** [1] **78**:9
**nineteen** [1] **78**:14
**nobody** [3] **85**:1 **100**:13 **124**:18
**nogales** [3] **80**:3 **83**:18 **93**:14
**none** [1] **49**:4
**nonetheless** [5] **10**:20 **13**:8 **41**:12 **74**:13 **129**:22
**non-existent** [1] **111**:8
**nor** [1] **94**:2
**normal** [4] **3**:8 **27**:18 **72**:20 **76**:4
**normally** [2] **74**:9 **149**:13
**note** [30] **15**:9 **22**:16 **27**:19 **33**:21,22 **34**:5,6,9,15 **48**:12

**52**:21 **53**:10,13 **55**:17 **68**:3 **70**:8 **75**:24 **88**:23 **89**:2 **90**:2 **91**:11 **97**:14 **99**:18 **110**:9,16 **111**:18 **112**:17 **122**:19 **136**:12 **145**:9
**noted** [2] **5**:13 **92**:7
**notes** [4] **33**:18 **63**:17 **73**:22 **91**:24
**nothing** [20] **31**:1,8 **35**:11 **39**:17 **43**:7,16,20 **44**:9 **47**:24 **52**:23 **57**:14 **59**:22 **64**:11 **68**:6 **86**:8 **103**:2 **105**:15 **111**:8 **122**:2 **140**:12
**notice** [1] **118**:15
**noting** [1] **143**:24
**notion** [11] **14**:1 **15**:16 **30**:13 **58**:24 **83**:20,22 **93**:4 **134**:17,24 **135**:3 **136**:7
**notions** [1] **98**:3
**nowhere** [1] **154**:24
**nullity** [1] **58**:1
**number** [3] **9**:22 **35**:14 **64**:22
**numerous** [3] **9**:3 **37**:22 **41**:14 **64**:22 **67**:10
**nursed** [1] **51**:8
**nursing** [8] **49**:1 **51**:4,4 **54**:24 **55**:13 **57**:22 **61**:16 **63**:22
**nutshell** [1] **72**:22

## O

**oath** [10] **18**:21 **19**:1 **29**:16 **30**:19 **90**:25 **94**:12,13,14 **130**:24 **152**:23
**object** [2] **67**:14 **140**:19
**objection** [6] **46**:20,24 **77**:7 **120**:16 **141**:17 **142**:2
**objections** [5] **77**:5,6 **143**:25,25 **144**:3
**objective** [2] **38**:19 **68**:11
**observation** [2] **43**:23 **92**:10
**observe** [2] **37**:8 **137**:6
**obstruction** [1] **143**:6
**obtain** [3] **23**:12 **24**:16 **79**:

# Keyword Index

21
**obtained** [2] 23:22 143:16
**obtaining** [1] 35:10
**obtains** [1] 22:22
**obvious** [1] 42:15
**obviously** [4] 42:15,15 48:3 55:1
**occur** [1] 44:21
**occurred** [12] 20:10,11,15 23:14 26:10,16 28:9 34:21 35:23 41:20 42:21 95:6
**occurs** [1] 36:11
**october** [2] 11:21 154:4
**odd** [1] 116:8
**odds** [1] 24:22
**offender** [2] 33:24 34:17
**offenses** [1] 98:2
**offer** [1] 5:15
**offering** [1] 118:14
**office** [1] 157:5
**officer** [2] 39:2 102:3
**official** [1] 31:4
**okay** [67] 3:9 4:7 5:25 6:16, 21 7:9 8:2,21 29:4 42:9 46:17 70:3 74:19 75:2,13 80:18 90:5 92:24 99:3 104:2 106:7 109:15 112:1 113:12, 24 115:16 117:24 118:11 119:1,11,21 120:4,8,9,11 124:1 126:3 131:7,16,19 133:6 135:15 137:12,17 138:13 140:22,24 142:3,11, 15 143:11,22 144:9,12,17, 21 145:3,21 146:1,13,23 147:7,24 150:22 151:20,23 157:15
**old** [6] 14:14 27:7 54:23 56:20 153:3 156:7
**older** [1] 143:15
**omitted** [1] 144:6
**once** [5] 26:23 62:25 68:12 102:13 141:25
**one** [48] 4:9 12:1 15:7 25:10,13 27:4 30:12 34:8 35:1 37:10 39:3 43:1,24 56:19 57:9 67:2 71:4 85:10,11 86:

14 88:24 89:13 91:13 98:5 101:10 103:12 109:4 110:18,25 112:3 117:1 119:24 120:1 128:17 136:8 140:20 141:9,11 149:9 151:1,16, 18,21 153:21,23 154:1 155:20 157:2
**one-night** [1] 78:8
**ongoing** [1] 91:19
**only** [24] 5:13 9:2 15:5 21:25 22:10 27:4 36:1 43:25 47:9,23 48:21 65:10 76:4 78:4 83:16 109:21 111:4, 13 119:4 129:14 130:22 136:12 149:19 155:4
**open** [1] 61:21
**operandi** [2] 26:21 59:23
**operation** [1] 134:16
**operations** [1] 44:4
**opportunity** [6] 6:22 30:15 37:8 49:7 133:22 137:6
**opposed** [8] 32:4 51:22 66:6 83:23 104:2 112:10 116:9 149:21
**option** [1] 27:10
**order** [7] 84:23 110:11 121:1 146:19 153:15 155:19 156:2
**ordinarily** [2] 57:7 76:6
**ordinary** [1] 27:15
**organ** [2] 70:7 71:20
**organization** [7] 14:21 98:7 101:11 121:25 128:21 136:5,25
**origin** [1] 76:13
**other** [51] 3:2 9:4 14:7 16:6,10,18 27:10 32:19 34:25 35:18 37:17 39:5 43:21 44:1 45:18 46:19 48:8 52:11 53:6 61:3 63:22,23,23 67:10 68:7 71:22 75:16,21 80:12 83:1,8,8,11,12 84:19,23 94:12 107:17 109:1 122:8, 24 127:17,19 128:18 129:4, 4 132:23 150:23 154:9 155:12 156:22

**others** [7] 32:22 90:16 93:10 95:8 119:23,23 132:3
**otherwise** [13] 39:14 51:11 56:4 57:2 61:8 62:1,9 71:17 96:14 111:5 115:21 138:24,25
**out** [25] 4:17 9:22,23 11:21 37:7 48:1,7 55:6 64:15 71:24,25 72:19 73:4 95:3 122:19 123:4 125:7 133:19 134:18 136:23 140:24 150:7,8 152:9 156:15
**outcome** [2] 14:25 129:11
**outrageous** [2] 50:15 81:23
**outset** [1] 59:25
**outside** [7] 21:8 36:11 70:13 71:5 92:14 93:4 110:2
**over** [22] 3:19 4:7 15:13,23 16:21 45:21 56:15 57:14 59:5 60:19 69:12 71:17 87:8 95:24 112:19 120:22 121:7 130:8,9 137:23 138:22 139:13
**overall** [2] 38:9 43:2
**overlap** [1] 66:20
**overview** [1] 8:5
**own** [8] 5:3 10:9 13:8 32:10 50:1 69:20 70:17 135:23

## P

**p.m** [3] 117:4,5 157:18
**page** [22] 7:25 9:15,20 45:13 47:16 55:7 65:16,20 69:20,22 77:22 88:22,25 90:23 114:9 115:15 117:20,23 118:8,23 123:19 145:10
**pages** [1] 65:21
**paid** [2] 32:2 83:20
**pain** [15] 70:6 71:19 72:2,2, 6,13,14,14,15 73:3,4,10,10, 11,11
**painful** [3] 72:12,16 73:9
**paints** [2] 17:17,18
**papers** [3] 21:5 37:25 51:2

**others** [7]
**paragraph** [52] 7:20 8:13 16:24,24 45:8,10 66:9,10, 23 75:19 76:25 77:1 78:10, 13,16,24 84:12 88:25 90:22 91:13 92:1 93:8 94:24 95:7 99:18 113:20,21,24 114:4,13 122:11,11,12 125:8 141:1,6 142:8,9,22 143:20 144:2,4,5,7,15,18 145:5, 5,8 146:4,10,24
**paragraphing** [1] 45:19
**paragraphs** [3] 75:16,21 141:5
**parcel** [2] 31:16 84:2
**pardon** [1] 93:1
**parent** [2] 56:15 123:1
**parents** [12] 17:2,4 18:2 29:20,22,23,24 30:1,15 50:5 66:11 153:20
**parents'** [1] 154:20
**parlance** [1] 99:21
**parse** [1] 150:7
**part** [18] 13:1 14:20 15:17 17:14 24:10 27:20 28:15 31:16 34:16 45:24 56:7 62:7 83:23 84:2 91:7 104:23 108:5 121:7
**participant** [1] 149:8
**participate** [2] 87:19 124:16
**participated** [1] 79:13
**participation** [1] 121:1
**particular** [12] 40:13 48:19 56:11,18 65:2 66:5 74:18 108:18 113:19 115:7 141:9 143:8
**particularly** [14] 19:24 33:2 43:1 47:10 50:11 51:12 52:3 56:4 57:3 61:8 62:1, 10 66:18 81:5
**parties** [3] 5:13 13:7 129:13
**party** [1] 90:25
**passed** [5] 73:3 110:11 112:7,8 143:9
**passport** [1] 153:25

# Keyword Index

**past** [1] 120:8
**pattern** [1] 83:24
**paula** [3] 142:4 156:15,16
**pause** [48] 3:16 7:22 9:17 33:5,13,20 34:3,14 36:22 38:13 39:25 40:15 47:5 51: 10 52:8 53:22 54:7 55:5,22 61:6 62:3,12 66:7 70:2,24 73:12,24 90:4 92:23 102:2 106:19 113:23 114:15 120: 3 123:6,15,25 125:6 126:1 131:6 137:18 146:7 147:21 152:14,19 155:24 156:10, 24
**pay** [2] 91:9 153:13
**paying** [3] 50:1 127:1 153: 13
**pays** [1] 155:5
**penis** [1] 155:11
**people** [16] 12:18 19:14 24: 16,20 44:5 47:12 48:25 49: 2 53:19 57:1,4,6,18,18 66: 1 96:4
**per** [1] 47:8
**percent** [1] 59:12
**perception** [3] 41:18,19 69:10
**perfectly** [1] 62:19
**perhaps** [3] 8:12 65:3 102: 20
**period** [5] 25:10,11,14 29: 9 65:20
**permitting** [1] 118:14
**perrone** [1] 89:16
**person** [10] 22:23 23:22 55:10 56:13 57:13 63:22 64:8 108:20 153:5,5
**personally** [11] 80:16 84: 5,9 91:6 93:19 97:24 100: 17,19 107:13 122:22 134: 23
**perspective** [4] 13:8 19:7 63:19 129:1
**perspectives** [1] 62:23
**persuaded** [1] 62:8
**pertained** [1] 94:21

**pesos** [5] 18:7 19:1 29:5, 10 30:4
**ph** [8] 11:1 79:19 85:8 87:2 88:19 150:2 152:24 156:1
**phone** [3] 15:12,13 16:5
**photograph** [1] 68:5
**phrase** [1] 116:8
**physical** [7] 57:2 61:12,15 70:6 71:19 72:2 73:3
**physically** [1] 61:19
**pick** [2] 11:18 19:17
**picked** [3] 32:5 36:4 78:23
**picture** [2] 17:18 133:22
**piling** [1] 132:15
**pills** [7] 68:17 70:16,21 71: 2,10,11 72:5
**pin** [1] 35:14
**pinkerton** [1] 100:2
**place** [1] 35:11
**placed** [4] 15:12 19:9 96: 13 120:25
**placing** [2] 37:4 54:19
**plain** [7] 9:10 58:14 76:12 81:15 84:12 87:6 110:7
**planned** [1] 49:16
**plans** [1] 84:22
**play** [2] 27:22 37:20
**played** [1] 56:24
**plaza** [1] 25:22
**plea** [40] 3:11,18,20 4:1,5,8, 16,20 5:10,11,11,16,17 6: 17,19,20,20 10:20 15:21 16:3 22:1 37:13 44:12 48: 14 74:5 82:3 89:8 90:22,23 92:7 95:5 96:10 98:14 101: 8 106:11 145:15,23 147:3, 4,9
**plead** [4] 5:1 81:1,11 106: 21
**pleading** [2] 4:12 81:15
**pleas** [1] 4:8
**pleasant** [1] 10:1
**please** [1] 94:12
**pled** [13] 8:6,9 29:12 32:13, 20,22 44:15 105:24 106:5, 21 108:18 116:2 129:20

**plenty** [2] 50:20 133:22
**plus** [9] 50:16,16,17 136: 18 144:4,23 145:1,5,6
**point** [39] 13:15,17,25 23: 17 27:9 28:12,13 31:7 32: 17,18 36:10 37:3 39:9 40: 10 41:16 45:4,8 49:22 50: 18 52:10 55:6 59:1 67:7 68: 18 71:16,24,25 72:19 79:7 82:23,23 92:24 111:16,16 125:7 128:25,25 129:9 132: 22
**pointed** [1] 122:19
**points** [20] 5:16 12:15,16 20:8 36:7 37:19 38:22,24 43:18 50:10,16 62:13 66:8 67:5 69:3,7 71:18 76:18 129:5 136:23
**police** [1] 68:5
**policy** [1] 39:5
**poor** [1] 47:13
**position** [30] 7:14 9:11 10: 3 12:25 18:10,13 19:4 20:2 21:13 25:16 26:1,6 37:1 38: 25 39:11 41:5 44:19 45:22 51:24 52:13 58:18 59:3 68: 13,21 74:8 83:4 90:6 99:16 117:16 151:25
**possibility** [1] 15:8
**possible** [3] 4:4 24:23 156: 6
**possibly** [1] 143:17
**poverty** [1] 66:3
**powerful** [1] 29:17
**precisely** [1] 36:10
**predated** [1] 109:24
**predates** [2] 94:19 103:16
**pre-dating** [1] 103:2
**predicate** [9] 77:18 81:15 105:14 106:6,10 124:10 149:7 150:7,10
**predicates** [4] 5:4,5 99:21 110:3
**prefers** [1] 7:18
**pregnancy** [1] 72:10
**pregnant** [1] 154:4

**prelude** [1] 42:4
**prepared** [4] 40:18,19 42: 17 68:15
**preponderance** [9] 28: 10 39:11 68:23 79:12 98: 16 99:13,23 115:25 132:16
**presence** [2] 3:23 4:6
**present** [6] 3:17 7:3 15:12 20:7 88:9 108:15
**presentation** [2] 5:17 28: 5
**presented** [4] 42:13 52:4 64:1,2
**presentence** [8] 3:15 6: 23 7:20 16:23,23 40:21 78: 24 141:15
**presenting** [1] 51:21
**pressing** [1] 143:10
**presumably** [1] 97:21
**previously** [3] 14:6 40:23 92:6
**primarily** [1] 110:4
**principal** [1] 97:13
**principles** [6] 100:1 120: 22 121:7,12 122:7 125:21
**prior** [10] 91:15 92:2,18 93: 11,13,17 94:9 95:8 96:19 107:12
**probably** [1] 29:8
**probation** [61] 13:17 26:3 37:14 38:15,17 39:1,4,6 40: 17,18,22 46:2,21 55:17 58: 11,23 60:24 63:10 64:2 65: 25 75:4,9,25 76:8,18 96:9 102:3 107:7,20 108:16 109: 6 111:1 113:14,25 114:19 115:4 116:21 117:13 118:5, 6,24 119:19 120:6,14,23 121:9,11,11 122:19 125:8, 22 126:20 136:22 138:13 143:23 145:12,16,24 146: 11,17,20
**probation's** [8] 58:17,21, 22 63:18 78:8 103:24 105: 22 116:6
**problem** [5] 21:18 94:8 95:

# Keyword Index

18 **98**:18 **130**:18

**proceeding** [2] **64**:21 **92**: 11

**proceedings** [50] **3**:16 **7**: 22 **9**:17 **33**:5,13,20 **34**:3,14 **36**:22 **38**:13 **39**:25 **40**:15 **47**:5 **51**:10 **52**:8 **53**:22 **54**:7 **55**:5,22 **61**:6 **62**:3,12 **66**:7 **70**:2,24 **73**:12,24 **90**:4 **92**: 23 **102**:2 **106**:19 **113**:23 **114**:15 **120**:3 **123**:6,15,25 **125**:6 **126**:1 **131**:6 **137**:18 **146**:7 **147**:21 **152**:14,19 **155**:24 **156**:10,24 **157**:18 **158**:2

**process** [1] **50**:6

**producing** [1] **118**:16

**profit** [1] **14**:22

**prohibited** [2] **110**:20 **112**: 4

**prohibiting** [1] **8**:25

**promise** [2] **20**:3 **22**:17

**promises** [5] **10**:15,22 **12**: 3 **17**:20 **43**:14

**promote** [2] **97**:7 **109**:11

**promoting** [3] **8**:24 **109**: 10 **110**:19

**proof** [2] **132**:12 **139**:20

**proper** [3] **47**:9,23 **65**:10

**propose** [1] **116**:5

**proposed** [1] **109**:6

**proposition** [1] **21**:4

**prosecute** [1] **99**:8

**prosecuted** [1] **107**:13

**prosecution** [2] **44**:21 **107**:9

**prostitute** [16] **10**:14,19 **17**:7,10 **18**:18 **28**:8,13 **31**:6 **48**:5,7 **66**:13,16 **72**:25 **91**:6 **99**:8 **153**:16

**prostituted** [3] **28**:19 **80**:7 **136**:25

**prostitutes** [3] **65**:11 **91**:3, 9

**prostituting** [18] **12**:3 **23**: 5 **43**:21 **78**:10,25 **79**:8 **80**:

22 **87**:20 **90**:7 **91**:3 **95**:21 **97**:8 **101**:1,20 **124**:17 **126**: 15,19 **127**:20

**prostitution** [24] **11**:24 **17**: 21,22 **20**:1 **29**:2 **30**:10 **34**: 24 **36**:5 **42**:5 **43**:5 **47**:10,13 **54**:3 **56**:25 **79**:19 **80**:14 **84**: 11 **95**:25 **96**:2 **101**:12 **103**: 5 **113**:1 **125**:14 **127**:3

**protect** [2] **57**:6 **65**:14

**protection** [3] **47**:18 **55**:9 **112**:8

**prove** [5] **48**:17 **88**:15 **98**: 16 **99**:23 **104**:11

**provide** [4] **26**:3 **68**:9 **82**:9 **94**:1

**provided** [5] **40**:23 **78**:7 **79**:24 **96**:7 **120**:16

**provides** [2] **22**:22 **110**:17

**providing** [2] **87**:6 **101**:6

**proving** [1] **39**:11

**provision** [4] **62**:14 **82**:2 **90**:1 **103**:12

**provisions** [1] **105**:7

**provoke** [2] **71**:2 **72**:4

**proximity** [1] **44**:20

**ps** [1] **82**:13

**psr** [39] **8**:13 **18**:12 **45**:6,9, 13,25 **55**:7 **75**:16 **77**:19,23 **78**:10,17 **82**:14,15 **83**:13 **84**:12 **85**:6,13 **86**:16 **90**:8 **94**:23 **95**:22,24 **97**:8 **98**:24 **108**:16 **113**:22 **121**:9 **122**:4 **123**:4 **124**:24 **125**:1,8 **131**: 1 **132**:7 **137**:25 **139**:17 **144**: 15,18

**psr's** [2] **79**:10 **85**:16

**psychological** [2] **19**:15 **29**:17

**psychologist** [1] **29**:7

**pueblo** [1] **78**:22

**pull** [2] **16**:9 **87**:1

**pulls** [1] **16**:13

**punish** [1] **59**:17

**punishes** [1] **37**:22

**punishment** [1] **36**:19

**purchase** [1] **78**:1

**purpose** [33] **23**:22 **24**:22 **29**:22 **42**:5,25,25 **43**:4 **58**:5 **82**:22,22 **83**:8,12,22 **84**:4 **87**:23,24 **88**:2,4,5,6 **91**:2,3, 8 **98**:12 **101**:6 **102**:7,8 **112**: 12,24,24 **113**:1 **118**:16 **127**: 2

**purposely** [1] **82**:2

**purposes** [18] **22**:23 **43**: 25 **76**:14 **81**:17 **86**:24 **88**: 13,14,14 **102**:9,11 **103**:5, 20 **104**:9,12 **105**:6,6 **141**: 14 **142**:17

**purview** [1] **28**:20

**pushes** [1] **32**:19

**pushing** [1] **50**:22

**put** [6] **25**:6 **45**:20 **54**:5 **99**: 5 **136**:21 **142**:3

**puts** [1] **14**:14

**putting** [1] **27**:6

## Q

**quantity** [1] **21**:9

**queens** [1] **153**:24

**query** [1] **74**:16

**question** [24] **10**:20 **13**:9 **19**:6 **22**:12 **36**:14 **38**:10 **39**: 8,18 **42**:3,23,25 **54**:14 **56**: 23 **59**:1 **61**:25 **63**:2 **66**:18 **68**:9 **72**:8 **88**:3,4 **100**:1 **110**: 15 **138**:6

**quicker** [1] **119**:23

**quickly** [1] **148**:17

**quiet** [1] **22**:17

**quite** [3] **6**:5 **65**:20 **137**:16

**quotas** [1] **153**:18

**quote** [1] **89**:16

**quoted** [2] **71**:21 **97**:11

**quoting** [4] **89**:14,21 **92**:1 **97**:14

## R

**ra-5a** [1] **77**:21

**racketeering** [24] **8**:14 **14**: 2 **24**:7 **45**:7 **77**:13 **78**:18 **79**:

2 **104**:24 **105**:19,21 **108**:4 **141**:4 **147**:25 **148**:1,2,3,4,5 **150**:25 **151**:1,2,3,4,4

**raised** [2] **111**:9,13

**ranch** [1] **85**:8

**random** [1] **66**:3

**randon-reyes** [2] **17**:6 **66**: 17

**range** [2] **45**:10 **94**:21

**rape** [1] **156**:1

**raped** [2] **153**:14,15

**rather** [3] **8**:17 **42**:18 **70**:10

**rationally** [3] **19**:12,14,14

**re** [1] **68**:6

**reach** [2] **110**:11 **156**:15

**reached** [2] **110**:1,5

**reaching** [1] **79**:6

**read** [24] **3**:24 **4**:7 **6**:23,25 **7**:1,1,2,4,5,13 **23**:8 **30**:21 **33**:7 **35**:22 **36**:1 **40**:11,14 **51**:7 **53**:4 **89**:5,10 **90**:22 **92**: 21 **127**:10

**readily** [4] **17**:22 **20**:1 **42**:9 **59**:13

**reading** [12] **4**:14 **24**:11 **33**: 9 **34**:13 **69**:19,20 **81**:13 **88**: 20,21 **91**:20,23 **124**:2

**reads** [1] **34**:16

**ready** [2] **77**:4 **147**:22

**real** [1] **33**:1

**really** [18] **19**:19 **20**:2 **25**:6, 23 **32**:19 **48**:24 **49**:2 **55**:14 **58**:6 **74**:13 **81**:7 **97**:15 **99**:9 **103**:14 **109**:2 **116**:17 **118**: 12 **131**:3

**reason** [12] **4**:19 **11**:16 **26**: 12,25 **43**:25 **48**:18 **53**:20 **63**:6 **108**:5 **109**:21 **115**:8 **116**:4

**reasonable** [8] **43**:1,24 **49**: 7 **116**:2 **128**:19 **133**:2 **137**: 6 **158**:6

**reasonably** [17] **90**:19 **95**: 20 **102**:25 **103**:11 **113**:9 **121**:3,14,23 **124**:21 **125**:15 **131**:3 **132**:5 **133**:7 **134**:21

# Keyword Index

**135**:13 **136**:7 **140**:8
**reasoning** [1] **20**:18
**reasons** [6] **37**:22 **45**:5 **51**: 1 **55**:2 **62**:15 **126**:24
**recall** [2] **36**:9 **86**:9
**receive** [1] **41**:15
**received** [3] **38**:2 **40**:5 **68**: 10
**recent** [1] **81**:6
**recently** [1] **11**:4
**receptive** [1] **56**:2
**recitation** [3] **79**:10 **90**:8 **131**:1
**recollection** [1] **78**:7
**recommendation** [1] **6**: 16
**record** [43] **4**:22 **7**:10 **40**: 22 **45**:15 **47**:9 **75**:3,7,24 **76**: 13 **104**:17 **117**:4,5 **142**:17
**recording** [1] **158**:2
**recruit** [4] **14**:4,8,9 **79**:22
**recruiting** [2] **35**:9 **84**:18
**recruitment** [1] **22**:25
**recruits** [2] **14**:13 **22**:21
**red** [1] **118**:8
**reduction** [2] **13**:15 **24**:21
**reference** [13] **27**:20 **33**: 23 **34**:1,7 **45**:6 **73**:16 **76**:5 **114**:21 **116**:22 **117**:17 **118**: 6 **119**:6,17
**references** [1] **36**:17
**referring** [4] **65**:16 **86**:15 **94**:15,16
**reflected** [1] **37**:12
**reflects** [1] **5**:2
**refusal** [3] **67**:22 **70**:12 **73**: 8
**regard** [5] **4**:23 **13**:25 **38**:6 **39**:10 **116**:20
**regardless** [3] **31**:11 **108**: 18 **129**:11
**register** [1] **10**:7
**registered** [1] **10**:10
**registry** [4] **10**:8,8,10 **11**:4
**reiterated** [1] **38**:20
**reiteration** [1] **38**:18

**relate** [1] **53**:24
**related** [2] **42**:13 **110**:1
**relates** [3] **35**:8 **83**:16 **93**: 10
**relating** [1] **95**:21
**relations** [1] **155**:12
**relationship** [4] **9**:21 **17**:3 **22**:14 **70**:9
**relative** [3] **15**:4,14 **123**:1
**relevant** [83] **21**:8 **34**:15 **36**:13,18 **40**:20 **44**:15 **56**: 24 **58**:23 **80**:24 **81**:2,5,8,9, 16,20 **83**:3,5 **88**:8,11 **89**:4 **91**:13 **92**:1,13 **93**:3 **94**:8 **96**: 13,15,18 **97**:5 **98**:4,25 **99**:4, 9,10,11,13,24,25 **100**:25 **101**:22 **103**:20 **105**:7 **106**:9, 11,15,25 **107**:19 **108**:3,10 **109**:16 **115**:24,25 **116**:11, 12,20 **120**:21,24 **121**:7 **122**: 7 **124**:4,6,7,16 **125**:21 **126**: 9 **127**:5,13 **128**:9,22 **130**:1, 4,4,6,8 **131**:20,21,22,24 **134**:20 **135**:9 **140**:7 **142**:1 **145**:19
**reliance** [2] **68**:8 **99**:17
**relied** [6] **69**:1 **77**:19,19 **82**: 14 **83**:13 **122**:4
**rely** [9] **41**:8,9,11 **64**:4 **67**: 10 **78**:10,23 **79**:11 **135**:3
**relying** [5] **79**:10 **85**:13,16 **86**:23 **87**:4 **93**:7 **96**:17 **99**: 20 **105**:16
**remained** [1] **24**:8
**remember** [6] **40**:11 **57**: 20 **71**:16 **98**:20 **108**:14 **137**: 10
**remind** [1] **39**:23
**reminded** [2] **17**:10 **66**:16
**removed** [1] **18**:16
**render** [2] **55**:10 **66**:1
**rendered** [2] **56**:25 **58**:1
**rendez** [1] **65**:19
**rendon-garcia** [4] **77**:24, 25 **78**:3 **79**:25
**rendon-herrera** [5] **11**:1,

2,20 **31**:19,22
**rendon-reyes** [1] **78**:19
**repeat** [2] **102**:4 **130**:9
**repeated** [1] **37**:5
**reply** [1] **93**:21
**report** [14] **3**:15 **6**:23 **7**:20 **11**:19 **16**:23,23 **29**:7 **40**:17, 18,21 **68**:5 **71**:9 **78**:24 **141**: 16
**report's** [1] **38**:15
**represented** [1] **3**:13
**request** [1] **40**:12
**requested** [1] **41**:13
**requesting** [1] **68**:14
**required** [3] **3**:3 **68**:17 **110**: 23
**requires** [2] **79**:12 **141**:9
**requiring** [4] **70**:6,7 **71**:18, 19
**requisite** [1] **24**:19
**resources** [2] **24**:19 **107**: 16
**respect** [28] **7**:15 **8**:20 **11**: 2 **16**:5 **25**:25 **45**:18 **46**:18, 19,21 **69**:17 **71**:7 **77**:14,20 **81**:24 **87**:21 **106**:25 **110**:20 **111**:9,13 **116**:3 **121**:15 **122**: 4,10 **129**:10 **141**:8 **143**:7,8 **149**:6
**respectfully** [6] **58**:10,16 **60**:4 **63**:9 **125**:20 **139**:18
**respects** [1] **40**:20
**respond** [1] **42**:18
**response** [4] **92**:25 **93**:2 **94**:18 **99**:17
**responsibility** [1] **152**:11
**responsible** [21] **5**:6 **83**:1 **90**:15 **93**:12,18 **97**:25 **107**: 6 **108**:10 **111**:17,22 **122**:8 **126**:11,11,14,15 **127**:18 **128**:12,13 **129**:19 **131**:24 **149**:14
**rest** [1] **138**:4
**restaurant** [1] **43**:13
**restrictive** [2] **60**:21,23
**rests** [1] **46**:6

**result** [9] **5**:12 **9**:25 **12**:2 **35**:2 **70**:16,17 **82**:25 **114**: 19 **116**:17
**resulted** [1] **76**:3
**resulting** [1] **120**:12
**results** [2] **76**:9 **117**:14
**resume** [1] **156**:18
**retrieve** [2] **50**:2,2
**retrieved** [1] **50**:7
**return** [3] **19**:3 **30**:6 **66**:12
**returned** [7] **14**:4 **17**:5 **18**: 17 **19**:2 **30**:4 **49**:11,24
**returning** [1] **30**:9
**reversed** [1] **16**:8
**reviewed** [1] **4**:17
**reyes** [2] **17**:11 **65**:19
**rico** [25] **5**:5 **24**:10 **102**:18 **105**:4,25 **106**:5,10,21 **107**: 4,9,11 **109**:22 **110**:2,5,12, 24 **112**:3 **124**:9,10,14 **128**: 4,9,11 **130**:1 **141**:11
**rid** [1] **31**:22
**riemer** [2] **158**:1,4
**rightful** [1] **11**:12
**rights** [1] **6**:18
**rigo** [3] **88**:19,23 **89**:14
**ring** [1] **21**:14
**rise** [1] **78**:25
**risk** [1] **27**:12
**rob** [1] **35**:13
**robbed** [1] **35**:3
**robber** [1] **34**:18
**robbery** [1] **34**:21
**robbing** [1] **35**:15
**robinson** [2] **137**:8 **140**:16
**rojas** [29] **6**:22 **7**:13 **10**:14 **12**:3 **16**:25 **17**:1,3,5,6 **18**: 17,18 **24**:6 **37**:22 **48**:4,16, 23 **49**:11,17 **60**:4 **66**:10,12 **77**:7 **79**:3,5,13 **85**:2 **92**:5 **117**:17 **120**:17
**rojas'** [3] **10**:25 **38**:5 **97**:15
**rojas's** [2] **82**:17 **86**:6
**role** [9] **56**:24 **80**:15 **95**:4 **148**:19,24 **149**:6,19,23 **150**: 6

# Keyword Index

**romantically** [1] 9:19
**room** [4] 14:16 28:6 152:
18 154:15
**roughly** [1] 153:5
**rouse** [1] 49:12
**routine** [1] 83:24
**ruggerio** [2] 5:14,14
**ruggiero** [33] 5:4,24 6:14
77:9,11,12 79:11 80:19 81:
13 83:2,4 96:9 98:21 99:1,
11,21 103:18,25 104:3 105:
5,11,13,16 106:15 108:3,
24,25 110:15 124:15 128:
11 141:4,11 149:14
**ruggiero's** [1] 124:15
**rule** [1] 103:13
**rules** [1] 152:9
**ruling** [3] 76:14 108:2 144:
6

## S

**sad** [1] 63:5
**safely** [1] 98:8
**safety** [1] 49:1
**same** [24] 24:7 34:10 52:6
62:15 63:5 91:11 96:14,16
97:11,13 114:3,19,21 116:
17 117:20 125:4,5 127:12,
25 128:20,23 134:22 141:6
144:3
**satisfied** [1] 103:1
**satisfy** [1] 139:1
**saul** [1] 156:1
**saving** [1] 10:23
**saw** [3] 49:7 137:3 139:21
**saying** [77] 11:24,25,25 15:
25 16:14 17:19,21,25 18:
14 19:22 20:2,5,5,6,14,25
21:7,14 22:1,4,12 27:7 28:
25 29:9 31:6 32:4,14 33:1
42:6,7,12 43:16 46:15 48:6
50:9 63:5 69:16 70:12,16,
16 71:10 72:12 73:9,10 85:
23,24 92:20 93:12 94:11,
12 96:21,22 99:12 105:16
107:1,10 114:12 120:13,17

124:12,18 125:18 126:8
129:15,16 130:22 132:2,4,
16 133:10,25 134:10 135:
12,22 137:14 141:18 149:
22
**says** [32] 16:1 27:15 43:9
52:15 56:3 61:8 64:5,12 70:
25 83:3 91:25 96:18 97:10
98:24 101:16 115:12,18,20
116:1 120:5,10,14 122:25
123:11 125:8,12,13 130:23
133:15 135:14 154:13 155:
15
**s-b** [1] 65:7
**sbatino** [1] 65:7
**scanlon** [1] 4:22
**scanlon's** [1] 5:19
**scared** [1] 31:14
**scares** [1] 14:17
**scaring** [1] 27:9
**scars** [1] 155:2
**scenario** [1] 22:8
**scheduled** [1] 38:4
**scheme** [3] 43:2,23 73:18
**scientific** [1] 19:15
**scintilla** [1] 101:10
**scope** [17] 88:15 90:17 91:
13,23,25 93:5 97:6 99:19
102:6,10 103:21 108:10
110:6 111:22 112:13,15
148:20
**seat** [1] 155:7
**second** [10] 34:8 88:24,25
113:1 119:24 120:1 126:22
137:7 140:15 151:18
**secrets** [1] 102:4
**section** [12] 33:6 52:5 65:
9 79:20 81:21 89:21 112:
11 115:18,19,21,21 120:15
**securities** [1] 58:23
**see** [6] 17:2 29:20 45:14 51:
14 74:17,17
**seeking** [1] 118:14
**seems** [11] 4:14 17:13 26:
14 40:17,20 43:15 55:3 66:
9 71:23 72:21 74:16

**sees** [1] 22:11
**self** [1] 41:12
**semen** [1] 155:14
**send** [3] 50:4,5 155:19
**sending** [4] 11:9,10 80:2
138:2
**senile** [2] 53:8 57:19
**sense** [8] 16:15 19:18 28:2
30:10 36:14 56:5 73:2 108:
22
**sensitive** [1] 56:12
**sent** [4] 93:14 94:24 100:7,
17
**sentence** [11] 4:12 37:12,
25 38:9 60:23 66:21 150:
13 153:9 156:6,11,21
**sentenced** [2] 31:10 38:4
**sentencing** [26] 3:3 7:12,
13,15,17 9:20 15:10 21:12
52:4 65:15 67:15 75:25 77:
21 81:17 88:13,17,21 90:3
97:10 99:5 104:9,12 105:7,
15 145:10 148:13
**separate** [8] 27:24 38:10
90:12 110:21 111:11 121:
13 122:13 124:7
**separately** [6] 54:25 81:4
90:11 99:14 111:18 149:21
**september** [1] 65:16
**seriatim** [1] 4:24
**serious** [18] 46:1 67:5,11,
23 68:22,24 69:1,6,17,23
70:5 71:21 73:16,21 74:21,
22,24 139:4
**serve** [1] 73:1
**serving** [1] 41:12
**set** [9] 15:9 27:25 37:24 58:
12 69:4 92:7 123:4 127:10
142:24
**sets** [3] 25:23 82:22 145:
10
**setting** [2] 134:16 137:22
**seventh** [1] 89:15
**several** [3] 50:4 64:20,21
**severe** [1] 37:12
**severely** [1] 59:17

**severiano** [2] 79:3,4
**severity** [2] 37:2 38:6
**sex** [69] 7:18 8:24 14:2 16:
18 17:12 21:13,16 22:23
27:20 29:2 30:6 34:24 35:1,
8,24 41:21 55:14 57:23 58:
25 59:8,12 63:6,13 65:24
67:17,22 70:10,12 73:8 77:
8 79:13 80:14 81:9 83:25
84:4 86:24 87:19,19 98:8,
12 101:7,18 102:9 107:2,
11,12 109:10 110:7,16,20,
24 112:6,9 115:2 121:2,13
124:14 126:13 128:14 133:
4,11,19,21 134:2,5 135:2,4,
24 140:17
**sexual** [10] 8:25 27:21,23,
25 76:2 114:6 133:20,23
139:10,11
**sexually** [1] 118:15
**shall** [2] 22:23 110:19
**shari** [1] 158:1,4
**sharking** [1] 128:17
**shed** [3] 18:23 41:16 44:15
**shelter** [1] 87:6
**she's** [17] 12:19 14:15 19:
17 25:12 28:2,6,7,12 35:16
36:4 48:20 50:11 57:11,16
72:12 93:7 143:17
**shocking** [1] 14:13
**short** [1] 78:9
**short-circuit** [1] 141:3
**shouldn't** [7] 90:11 126:
21,22,24 127:18,25 128:1
**show** [1] 11:23
**showed** [2] 49:17 93:24
**showing** [1] 80:1
**shows** [1] 32:2
**side** [1] 12:1
**sides** [1] 12:1
**signed** [2] 4:5 65:18
**significant** [1] 13:6
**significantly** [1] 88:17
**silo** [1] 96:3
**similar** [8] 107:15 119:5
121:4,16 126:24 141:13

# Keyword Index

**142**:8 **143**:25

**similarly** [1] 38:1
**simple** [3] 97:15 98:19 126:9
**simply** [8] 11:25 15:18 33:18 40:9 42:20 52:24 81:25 125:10
**since** [6] 23:16 33:2 45:24 122:12 149:20 150:11
**single** [5] 3:22 37:10 57:13 108:12,16
**sir** [1] 7:8
**sits** [1] 84:8
**sitting** [1] 95:2
**situated** [1] 38:1
**situation** [9] 24:17 27:13 30:8 38:3 58:4 63:14 67:12 95:5 137:15
**situations** [1] 63:19
**six** [1] 24:18
**slaps** [1] 67:10
**slight** [2] 147:14,17
**slightly** [3] 4:24 75:25 146:22
**slippery** [2] 27:11 39:4
**slope** [2] 27:12 39:5
**slow** [1] 121:21
**small** [2] 35:16 53:15
**smoked** [2] 155:16,18
**smuggle** [2] 24:19 83:20
**smuggled** [3] 79:7 80:16 84:6
**smuggling** [12] 14:3 79:15,17 80:20,21 82:24 144:10,13 145:12 148:6 151:5,7
**snatched** [1] 153:15
**societal** [1] 55:9
**sole** [1] 153:16
**somebody** [18] 16:17 17:20 24:20 27:17 35:13 56:14 57:8,8 58:2 59:1,5,14 87:8 91:6 94:5 95:8 97:16 139:18
**somebody's** [1] 32:24
**somehow** [2] 26:22 30:14

**someone** [1] 103:15
**sometime** [3] 20:21 23:14 78:22
**somewhat** [3] 17:17,18 49:10
**somewhere** [3] 11:10 20:21 26:18
**son** [50] 9:23 10:2,12 11:1,9 15:17 17:3,5,11 18:1,5,11,11,15,17 19:3,4 29:19,21 30:5,6,17,22,23,24 31:12,15 32:2,3,5 40:6 51:21,25,25 52:1,2,13 53:17 54:9 55:3 56:19 60:6,12,13,15 66:11,16 153:3,20 154:11
**sonia** [4] 10:25 30:25 31:19,21
**son's** [1] 32:10
**soon** [3] 10:13 103:18,19
**sorry** [41] 7:24 8:21 11:5 33:8,16 41:1 45:11 58:12 61:13 69:16 70:1 78:16 87:1 89:7,10,13 90:2 91:20,21 92:22 94:4 95:13 112:1 117:1 118:23,24 119:11,14 120:8 122:16 123:13,21 126:3 131:5,8 139:10,14 144:16 146:6 152:2 157:14
**sort** [10] 17:14 26:14,20,24 27:1,18 39:10 67:8 102:17 110:7
**sorts** [1] 134:22
**sound** [1] 158:2
**sounds** [1] 67:15
**spain** [1] 21:23
**span** [1] 21:25
**spanish** [3] 6:2 7:13 152:22
**spanned** [1] 25:18
**speaker** [5] 78:20 131:5,9,17 142:13
**speaking** [1] 155:2
**special** [1] 22:20
**specific** [17] 27:13 48:17 53:20 73:13 77:6 89:25 94:20 95:9 109:2 111:19 115:

8 136:23 144:3,23 145:1,4,6
**specifically** [11] 58:24 69:5 88:11 94:22 110:17 114:20 122:20 123:16 125:9 127:11 154:2
**specified** [1] 130:2
**spend** [1] 30:2
**spent** [3] 4:25 65:20 130:7
**spoke** [1] 9:22
**spontaneous** [1] 68:18
**stand** [1] 109:7
**standard** [3] 25:23 62:25 63:1
**start** [6] 7:25 61:5 74:21 112:18 113:18 114:9
**starting** [6] 7:20 8:24 45:7 87:1 98:10 156:23
**starts** [3] 7:25 50:13 61:4
**state** [4] 9:14 23:21 29:6 67:18
**stated** [14] 10:20 15:24 19:1,18 23:20 30:18 45:5 51:2 55:2 58:5 59:25 70:8 77:23 90:24
**statement** [17] 28:11 29:17 30:23,25,25 38:21 39:14,16 40:12 68:4,7,16 94:11,13,14 152:16,21
**stating** [1] 37:18
**status** [2] 64:16 65:6
**statute** [19] 22:19 23:10,12 24:11,12 25:6 28:23 33:9,10 36:17 79:18,19 82:20 86:4,6 109:25 110:10 112:7 116:18
**statutes** [1] 116:11
**stay** [8] 17:5 18:17 44:10 78:8 86:7 87:17 95:24 100:10
**stayed** [3] 10:5 44:22 86:21
**staying** [2] 30:1 48:2
**stays** [2] 14:24 87:8
**step** [1] 43:18
**steps** [1] 35:11

**stick** [1] 147:4
**still** [13] 36:6 41:17 45:17 84:7 106:16 113:12 131:21 132:16 142:1 152:23 154:8,19 156:7
**stomach** [4] 70:23 71:3 72:6 73:1
**stop** [1] 156:3
**stopped** [6] 11:8,10 32:9,9,10 49:25
**story** [2] 12:1 19:17
**stressful** [1] 10:1
**strict** [2] 137:8 140:16
**striking** [1] 76:25
**strings** [2] 16:10,13
**stroke** [1] 85:12
**strong** [2] 24:9 83:19
**stronger** [1] 132:6
**structured** [1] 101:4
**subdivision** [1] 91:12
**subjected** [1] 120:25
**submission** [10] 14:17 15:10 39:21 52:4 65:15,17,20 75:25 135:23 145:10
**submit** [5] 49:9 61:11,14 124:2,4
**submits** [3] 11:13 58:11 60:4
**submitted** [7] 11:19 18:21,22 30:19 39:20 40:19 65:18
**subsection** [4] 64:6,7 90:13 143:16
**subsequent** [1] 132:6
**subsequently** [1] 130:15
**substantial** [2] 5:12 80:15
**substantive** [15] 98:1,2,20,23 99:1,2,25 104:3,19,24 106:9,21,25 107:22 109:5
**substantively** [2] 98:5 149:18
**subtract** [2] 152:10,11
**suffered** [4] 68:24 153:3 154:13,25
**suffering** [1] 154:23

# Keyword Index

**sufficient** [6] **14:**16 **20:**8 **81:**19 **82:**8 **101:**5 **139:**23

**suggest** [9] **35:**7,22 **50:**11, 23 **55:**3 **71:**7,24 **86:**9 **116:** 25

**suggestion** [1] **81:**23

**suggests** [3] **17:**23 **35:**12 **101:**9

**sullivan** [4] **120:**7 **131:**19 **146:**10,24

**sum** [2] **74:**20 **77:**24

**summarize** [1] **136:**21

**summary** [1] **137:**15

**supervised** [1] **107:**14

**supplemental** [2] **21:**12 **41:**17

**support** [10] **22:**8 **33:**2 **40:** 12 **43:**6,8 **60:**22 **61:**1 **81:**20 **96:**7 **129:**10

**supported** [1] **15:**19

**supports** [6] **21:**12 **36:**7 **38:**24 **43:**17 **55:**18 **90:**8

**supposed** [1] **154:**1

**surgery** [2] **70:**7 **71:**20

**surprise** [1] **134:**24

**susceptibility** [1] **62:**4

**susceptible** [14] **55:**23,24 **56:**4,10,13,16,25 **57:**3,23 **61:**8 **62:**1,10 **63:**24 **66:**18

**suspect** [3] **49:**10 **50:**8 **136:**14

**sustains** [1] **73:**21

**swallow** [1] **155:**13

**sweeping** [1] **129:**23

**switching** [1] **109:**20

**sworn** [8] **18:**21 **29:**16,17 **39:**9,13,14,17 **40:**2

**system** [1] **11:**6

### T

**talks** [4] **53:**5 **72:**1,1 **154:** 12

**target** [6] **11:**14 **16:**17,19 **52:**13 **60:**5 **84:**23

**targeted** [19] **13:**2,4 **16:**17 **21:**20 **25:**4,19 **28:**14,16,18

**51:**24 **53:**9,19 **55:**2,10 **57:** 16 **59:**2,15 **60:**11,19

**targeting** [8] **51:**22 **53:**6 **55:**20 **59:**14 **62:**24 **63:**8 **64:** 25 **65:**1

**targets** [3] **51:**19,21 **52:**11

**taxing** [1] **61:**16

**technical** [2] **67:**16 **72:**18

**technically** [2] **76:**8,10

**teenager** [1] **155:**16

**telephone** [3] **9:**21 **12:**21 **17:**1

**teller** [4] **34:**2,18,21,21

**tells** [3] **14:**14 **114:**20 **154:** 12

**temporality** [1] **52:**24

**ten** [5] **14:**14 **27:**5,6 **43:**8 **68:**19

**tenancingo** [11] **10:**2 **12:** 20 **16:**24 **17:**5 **18:**17 **29:**18, 19 **30:**7 **66:**12 **134:**18 **135:** 5

**ten-month** [1] **54:**23

**term** [3] **8:**6 **64:**25 **65:**1

**terminate** [2] **95:**10,15

**terminated** [1] **30:**14

**terms** [8] **26:**11 **53:**11 **65:**5 **69:**18 **76:**11 **102:**16 **105:**5 **106:**4

**terrible** [1] **111:**21

**territorial** [1] **22:**21

**territory** [1] **99:**4

**testimony** [1] **3:**2

**theory** [3] **64:**1,1,1

**thereafter** [3] **10:**13 **49:**21, 24

**therefore** [14] **6:**20 **12:**22 **20:**22 **36:**9 **90:**10 **116:**3 **120:**14,19 **126:**21 **127:**24, 25 **134:**7 **145:**7 **148:**23

**there's** [56] **5:**21 **6:**19 **8:**21 **19:**5,15 **22:**12 **24:**23,24 **25:** 9,13 **27:**11,11 **35:**11,12,15 **39:**2,13,14 **40:**7 **43:**6,7,16, 20 **44:**9 **49:**2 **50:**8 **53:**20 **56:** 23 **57:**17 **59:**15,22 **60:**22,

25 **63:**2,25 **64:**11 **68:**6 **70:** 18 **71:**25 **72:**8 **73:**18 **81:**14, 22 **84:**2 **103:**2 **107:**16 **117:** 9 **132:**19 **133:**12,22 **135:**8 **139:**16,16 **140:**12 **147:**25 **152:**15

**they're** [1] **43:**17

**they've** [4] **38:**19 **113:**4 **143:**25 **144:**5

**thinking** [1] **102:**21

**thinks** [1] **56:**13

**third** [5] **91:**13,25 **93:**8 **99:** 18 **113:**7

**thirty-four** [1] **114:**8

**thorough** [1] **4:**22

**though** [10] **5:**7 **23:**12 **35:** 12 **114:**11 **119:**3 **126:**25 **127:**5 **134:**5 **141:**12 **156:**6

**threat** [7] **15:**14 **30:**16 **51:** 13 **54:**8 **56:**23 **60:**15 **84:**20

**threaten** [1] **124:**17

**threatened** [9] **17:**3,23 **29:** 21 **31:**13 **56:**18 **57:**8 **66:**10 **121:**1 **154:**12

**threatening** [4] **59:**5 **60:** 14 **126:**18 **135:**2

**threats** [26] **17:**24 **18:**1 **46:** 1,2 **53:**17 **69:**6 **74:**22 **125:**5, 10 **127:**12,17,23 **128:**2,20 **130:**12 **132:**2 **133:**8,12 **134:** 22 **135:**21 **136:**6 **138:**18 **139:**3,4,4 **144:**4

**three** [22] **22:**13 **28:**4 **38:**3 **41:**20 **80:**11 **103:**1 **115:**20 **120:**24 **121:**11 **129:**4,4 **148:** 19 **151:**13,15 **152:**1,2,3,5,9, 10 **154:**3,17

**three-prong** [2] **102:**5 **104:**13

**throughout** [2] **26:**18 **64:** 21

**throw** [1] **32:**12

**timing** [1] **103:**15

**title** [2] **22:**17 **79:**20

**today** [3] **38:**4 **51:**2 **150:**13

**together** [6] **10:**6,15,22 **29:**

23 **79:**5 **84:**6

**tomorrow** [5] **156:**23,25 **157:**3,15,16

**ton** [1] **4:**25

**tonight** [1] **156:**12

**took** [15] **3:**10 **16:**25 **17:**5 **18:**15,17 **20:**18 **24:**18 **29:** 18,19,20 **75:**25 **76:**1 **80:**10, 11 **84:**13

**top** [1] **150:**19

**topics** [1] **109:**20

**total** [5] **76:**12 **77:**1 **150:**24 **151:**24,25

**totality** [1] **60:**18

**totally** [5] **24:**15,22 **35:**18 **59:**2 **111:**3

**towards** [1] **52:**19

**town** [3] **10:**2 **135:**24 **154:** 22

**traffic** [2] **58:**2 **90:**10

**trafficked** [3] **31:**18 **84:**9 **110:**4

**traffickers** [2] **30:**7 **83:**20

**trafficking** [90] **7:**18 **14:**2, 6,21 **16:**18 **19:**11 **21:**7,14, 16,20,21 **23:**23 **24:**17 **25:** 11,11,13 **27:**21 **29:**2 **31:**23 **34:**24 **35:**1,8,24 **41:**22 **44:**6 **47:**18 **55:**14 **57:**23 **58:**25 **59:**8,12 **63:**6,14 **65:**24 **67:** 17 **68:**25 **70:**10 **76:**4 **77:**8 **79:**13,20 **80:**4,14,15 **81:**10 **82:**18,19,21 **86:**24 **87:**19, 20 **93:**20 **97:**5,25 **98:**1,2 **100:**7 **101:**5,18 **102:**9 **107:** 3,12,13 **108:**19 **110:**7,10, 17,24 **112:**4,6,7,9 **121:**2,4, 13 **124:**15 **125:**2 **126:**13,25 **127:**12 **128:**15 **133:**11,20 **134:**2,5 **135:**2,4,24 **140:**17 **146:**19

**transcript** [2] **5:**2 **158:**1

**transfer** [1] **80:**1

**translated** [3] **3:**23 **4:**17 **7:** 1

**translates** [2] **11:**22 **152:**5

# Keyword Index

**transmogrifying** [1] 53:11

**transport** [9] 79:22 93:14 95:25 98:6,11 100:12,17,18 134:16

**transportation** [18] 23:1 77:16 78:1,2 82:18 84:8 90:10 94:5,25 96:7 98:11 100:16,18 101:6 138:2 144:10,13 145:12

**transported** [7] 79:23 85:10 93:13 100:9,13 103:4 133:3

**transporting** [2] 93:19 118:14

**transports** [2] 22:22 103:19

**travel** [1] 12:17

**treatment** [1] 154:16

**trial** [4] 81:22 88:15 100:3 104:11

**tried** [9] 17:4 18:2 29:21 66:11 71:1 72:3,4 132:1 156:3

**tries** [1] 131:23

**trip** [2] 29:23 30:4

**trivial** [1] 67:16

**troubling** [1] 59:4

**true** [3] 23:4 37:24 137:1

**truly** [2] 14:13 62:6

**trust** [1] 9:11

**try** [2] 126:5 156:7

**trying** [15] 9:15 19:25 24:25 26:5,13 45:12 59:17 60:1 72:16 105:2,21 119:13 131:4,19 141:23

**turn** [2] 35:17 118:23

**turning** [1] 58:7

**twice** [1] 38:21

**twirling** [1] 96:12

**twisting** [1] 98:2

**two** [42] 40:11 12:1 14:16 17:1 20:23 22:13 25:9 26:1 27:9 28:4 29:10 30:2 32:20 44:22 46:3 50:10,15,17 62:13 65:21 66:8 67:5,10 69:7

**71**:16 73:21 76:18 81:6 91:13 102:1 114:25 115:6 128:9 129:4 138:22 139:15 140:23 152:11 153:5,5,6 154:3

**type** [6] 24:17 27:24 57:24 62:22 108:8 122:21

**typed** [1] 4:17

**types** [4] 62:21,23 125:5 130:12

**typical** [2] 63:12,13

**typically** [2] 62:22 65:13

**typing** [1] 89:14

---

## U

**u.s** [6] 20:24 21:20,23 47:19 55:7 134:15

**u.s.c** [8] 69:5 115:17,19,20 118:25 120:11,17 139:10

**ultimate** [2] 42:4 128:25

**ultimately** [7] 6:10,12 30:9 36:16 105:8 129:3 134:23

**unannounced** [2] 29:24,25

**uncharged** [1] 99:22

**under** [92] 14:18 18:10,21 19:1 24:21 26:2 29:16 30:15,19 31:15 33:4 36:8,20 37:8,9 47:9 49:5,12 51:4 54:19 56:12 63:25 65:9 68:21 76:6 77:12 88:16 90:12,24 91:25 93:8 94:11,13,14 98:25 99:6,12,13,25 101:5 102:6 103:18,23 105:5,20,20 106:4,9 107:6,7,8 108:3,3 110:22,24 114:18,20 115:1,17,19,20,25 116:14,18 119:2,3,4,14 120:19 121:6,6 122:7,25 124:15 126:10 128:10 130:24 136:6,20,20 139:9,10 141:10,10 142:9,18,24,25 143:12 149:14 152:9,23

**underage** [2] 100:8 137:7

**underlying** [4] 116:11 121:2 146:18 151:11

**understand** [46] 3:25 4:23 5:19 7:7 9:12,13 17:19 19:20,25 20:13 23:7 30:12 51:16,19 54:6 55:19 68:8 74:5,8 77:11 92:24 97:1 105:22 108:24,25,25 117:17,21 126:2,7 129:20 130:3,5,23,25 131:14,20,20 133:14 134:12,13 144:6 147:19 149:22,24 156:13

**understanding** [7] 6:18 7:14 53:3 56:16 68:13 74:6,12

**understands** [4] 25:2 44:18,19 131:11

**understates** [1] 37:1

**understood** [24] 4:5,10,11,25 5:8,22 6:3,4,5,8,9,10,11 10:18 41:1 60:2 77:25 81:16 93:9 96:6 106:2 127:1 128:14

**undertaken** [6] 90:17 95:8,18 96:8 112:23,24

**undertaking** [15] 90:15 91:7,12 102:10 103:3,6,9,14,21 104:14 107:14 113:3,5 121:8 130:11

**uneducated** [2] 47:13 63:4

**unfair** [1] 150:21

**unidentified** [5] 78:20 131:5,9,17 142:13

**unique** [10] 27:5 48:18 50:14,15 58:6 62:16 63:12,14,20,23

**uniquely** [4] 48:9 51:3 57:20 64:11

**uniqueness** [1] 48:20

**unit** [2] 151:1,16

**united** [97] 10:17,19,21 11:15,24 12:8,10,17 13:2,3,4,5,11,24 14:2,10,23 15:3 16:20 20:16,21 21:8,17 22:5,6,7,15,17,21,24 23:5,17,25 24:1,3,8 25:5,12,16,20,20,22 28:14,17,20 31:9,18 32:15,16 35:25 36:11,16 41:22 42:4,10,14,21,24 43:2,4,10,11,14 44:4,5,8,24 47:14 49:25 65:7,24 77:17 78:4,6 79:5,7,21 80:7,22 81:10 84:10 87:20,23,24 88:23 89:14,16 91:2 94:7,23 98:8 101:2 107:24 112:25 127:2,20 137:20

**units** [3] 150:24 151:5,12

**unknown** [1] 78:18

**unless** [3] 17:14 125:24 130:1

**unlike** [3] 21:20 72:6 73:8

**unrealistic** [1] 133:17

**unreasonable** [1] 132:13

**un-target** [1] 11:14

**until** [6] 25:14 96:23 110:10 112:4,4 150:8

**unusual** [2] 52:25 82:4

**unusually** [10] 47:24,25 53:21 64:5,7,12,16 65:11,12 66:4

**up** [21] 6:12 10:11 11:18 32:5 36:4 39:22 46:4 49:17 74:20 78:23 84:15 85:14 86:20 116:15 134:16 135:4 137:22 145:18 150:8 154:9,24

**upset** [1] 74:4

**upward** [2] 36:13 136:23

**urinate** [2] 155:10,11

**useless** [1] 27:16

**using** [4] 35:16 50:9 60:15 125:4

**ussg** [1] 65:9

**usual** [2] 59:7,10

**utilized** [1] 145:17

---

## V

**vacuum** [2] 44:7 84:16

**validity** [1] 12:13

**vanilla** [1] 110:7

**various** [3] 3:22 63:21 77:20

**vehicle** [1] 110:13

# Keyword Index

**venue** [2] 110:2,5
**verbs** [1] 79:20
**version** [14] 3:22,23 5:11
18:4 22:10,12 38:18,19,19
41:2 67:19 71:12,13 81:6
**versions** [1] 3:22
**viable** [2] 47:15 72:25
**victim** [88] 13:22 14:4,9 15:
7 19:11,13 20:1 23:22,24
31:23 32:13 33:24 35:10
37:10 45:25 46:3,5,16,20,
24 47:8,24 48:6,14,19,22,
22 51:3,18,20,22 52:53:
7,19,25 54:1,12 55:8 57:23
58:1,4 59:16 60:24 62:9,17
64:3,7,8 65:2,5,13,16,21
68:15 69:7 72:25 73:20 74:
23 76:19 85:2 102:8 103:5,
19 107:5 108:6,19 110:18,
20,23 111:18 115:5 117:18,
18 122:11 125:25 136:24
139:16 140:10,19 141:7,8,
9 142:19 143:8 144:5 149:
7 152:16,21
**victimize** [1] 84:24
**victim-related** [3] 76:17,
25 115:5
**victims** [24] 16:19 24:8,16
38:3 47:17,22 53:5,9,19 63:
13 65:9 76:7 82:7 84:24 93:
13 98:5 108:8,17 111:20
112:8 114:23 125:13,18
137:7
**victim's** [1] 52:25
**view** [10] 12:18,24 13:7 14:
19 106:8 115:6 116:10,14,
19 136:10
**viewed** [2] 19:22,23
**views** [1] 18:13
**violate** [2] 28:21,22
**violation** [2] 65:13 102:19
**violence** [6] 38:7,11 47:18
125:5 136:2,3
**violent** [3] 128:20 135:4,
24
**visual** [1] 118:16

**visually** [1] 139:21
**voluntarily** [1] 6:17
**voluntary** [1] 17:14
**vulnerabilities** [3] 63:23,
23 115:8
**vulnerability** [6] 48:18 52:
22 53:1,24 54:15 60:1
**vulnerable** [71] 15:6 19:4
45:25 46:3,5,16,20,24 47:8,
11,24,25 48:9,14,22,25 49:
2 50:12 51:3,12,18,20,22
52:3,12,12 53:5,9,18,19,21
54:22 55:8 56:16,24,17 57:
1,7,23,25 58:4,4 59:3,6,16
60:24 62:17 64:2,6,7,8,12,
16 65:2,5,9,11,12,16,21 66:
2,4 74:23 76:18 115:5 122:
11 140:19 141:7,8 143:8
144:5
**vulnerably** [1] 14:9

## W

**w.l** [1] 89:15
**wait** [8] 69:25,25,25 85:5
108:2 119:24 120:1 146:4
**waiting** [1] 156:19
**wanted** [15] 31:22 48:6 51:
14 60:20,23 75:2 76:12 79:
4,5 104:17 112:2,2 154:8
155:4 156:1
**wants** [5] 41:23 81:12 108:
2 143:7 152:15
**warn** [4] 17:4 18:2 29:22
66:11
**warrant** [1] 148:23
**watching** [1] 95:3
**way** [26] 7:16 9:9 23:9 24:
11,14 27:18 30:21 42:7 45:
20 51:20 86:2 88:11 97:19
99:16 101:3 116:11,22 117:
9 126:18,19 127:14 128:14
132:13 139:24 145:20,20
**ways** [2] 94:13 98:4
**wedlock** [2] 9:23 48:1
**weeks** [12] 9:22 10:11 14:
16 17:1 22:14 27:9 28:4,4

29:10 41:20 44:22 153:6
**weight** [1] 31:21
**whatever** [12] 8:20 12:23,
25 13:7 14:23 31:24 41:18,
20 42:9 43:13 59:11 94:23
**whatsoever** [1] 31:21
**where's** [1] 86:13
**wherever** [1] 21:23
**whether** [52] 6:14 10:17,
17 18:11 19:11 20:22 25:
15,18 28:8 29:3 31:11 42:3
47:14 48:17 49:22 51:17
54:14 59:1,3,10 60:1 62:5
68:13 69:10 71:14,15 91:5
92:8 97:12 99:8 102:13,24
103:11 104:9,20 107:23
108:2,18 109:16 110:23,24,
25 111:9 113:2,8 116:18
133:1 134:21 135:9 136:18
141:24 149:17
**whoever** [2] 22:19 56:3
**whole** [3] 66:1,6 74:4
**whom** [5] 48:22 83:17 107:
6,18 108:7
**wife** [1] 57:10
**will** [23] 3:14 7:17 9:16 19:
8 22:16 24:1,21 27:17,17
61:21 76:4 106:9 108:1
109:9 119:23 142:12 147:4
153:13 155:1,2,3 156:15
157:3
**wipe** [1] 24:20
**wire** [1] 80:1
**wiring** [1] 83:17
**withdraw** [1] 122:16
**withdrawn** [1] 40:17
**within** [24] 22:13,20 27:2,
19,23 28:4,22 42:10 64:21
80:21 82:2 84:17 90:16 95:
17 97:6 99:18 100:9,11,18
124:10 139:5 149:7 150:6,
6
**without** [9] 14:16 26:14 33:
1 76:11 92:13 129:23 132:
15 136:20 154:15
**witness** [1] 152:18

**woman** [6] 25:14 47:10 56:
21 65:10 152:15 153:4
**women** [28] 14:7,10,13,22
48:11,11 51:23 59:12 63:3,
8,12 65:5 80:15 83:25 84:
18 91:1,8 99:8 124:17 125:
2 134:16 135:11 136:6 137:
22 153:8 154:5 155:12 156:
8
**wondering** [1] 68:19
**word** [12] 7:2,2 15:11 23:8
35:17 41:2,2,3,3 55:23 57:
1 87:12
**wording** [1] 61:7
**words** [5] 5:3 52:11 53:6
71:22 93:25
**work** [11] 10:13 14:11 19:9
22:3 43:12 71:1 72:4 80:8
83:25 84:10 156:3
**worked** [5] 10:15 13:10 16:
16,21 33:2
**working** [7] 9:19 10:19 15:
6 47:25 57:13 154:8 156:3
**works** [2] 84:20 145:20
**worse** [1] 38:6
**worth** [1] 129:9
**write** [1] 9:12
**written** [1] 82:15

## Y

**year** [19] 10:16 13:10 16:16,
21 20:23,24 22:14 24:18
32:14,15,24 33:2 36:5,5,21
37:6,12 51:4 56:19
**years** [14] 8:6 37:10,21,21
68:19 81:6 84:20 102:1
153:2,3,5,6 154:17 155:4
**york** [1] 153:24
**young** [12] 14:7,9,13,22 25:
14 47:10,22 56:20 65:10
83:25 84:18 125:2
**youngster** [1] 49:24

# *Keyword Index*