January 10, 2019

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JAN 24 2019 ★

BROOKLYN OFFICE

Honorable DOUGLAS C. PALMER, Clerk
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 Cadman Plaza East Room 118S
Brooklyn, New York 11201-1818

RE: U.S. v. ROJAS, FELIX
15-CR- 348 (ERK)

## N O T I C E   OF   A P P E A L

TAKE NOTICE, that  FELIX  ROJAS  , hereby APPEAL for the Second Circuit from the district court's judgment of conviction and sentence on January 4, 2019.

The grounds of my appeal are the followings:

(I) THE PLEA GUILTY WAS NOT VOLUNTARY BECAUSE GUILTY PLEA WAS INDUCED WITH LIES UNDER INEFFECTIVE ASSISTANCE OF COUNSEL USING FALSE PROMISES TO LOOK TO SIGN THE PLEA AGREEMENT? IN VIOLATION F.R.Civ. P. 11(b)(2) and

(II) WHETHER DEFENDANT COUNSEL WAS INEFFECTIVE CONSTITUTIONALLY WHEN FAILED TO OBJECT THE UPWARD ADJUSTMENT RECOMMENDATED WITH INFLAMMATORY AND ANONYMOUS FACTS BY PRESENTENCE REPORT ("PSR") IN VIOLATION U.S.S.G. §3B1.1(a)

Respectfully Submitted,

FELIX  ROJAS
Reg. 81210-053
MDC Brooklyn
P.O. Box 329002
Brooklyn, New York 11232


RECEIVED
JAN 24 2019
PRO SE OFFICE

FELIX ROJAS
Reg. 81210-053
MDC Brooklyn
P.O. Box 329002
Brooklyn, New York 11232

"LEGAL MAIL"

TO : Honorable DOUGLAS C. PALMER, CLERK
United States District Court
Eastern District Of New York
225 Cadman Plaza East    Room 118S
Brooklyn, New York 11201-1818



METROPOLITAN DETENTION CENTER
80 29TH ST. BROOKLYN, NY 11232
The enclosed letter was processed through
mail procedures for forwarding to you.
The letter has neither been opened nor inspected.
If the writer raises a question or a problem over
which this facility has jurisdiction, you may wish
to return the material for further information
or clarification. If the writer encloses correspondence
for forwarding to another addressee, please
return the enclosure to the above address.