FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 13 2019 ★
BROOKLYN OFFICE

RECEIVED
SEP 13 2019
PRO SE OFFICE

Clerk of Court
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

September 5, 2019

Re: United States v. Rendon-Reyes et al.
Docket No. 15-cr-348 (ERK)

Dear Your Honor:

My name is Felix Rojas. I was sentenced to a term of 25 years in this Court on January 4, 2019 after pleading guilty to a deal negotiated by the government and my attorney. My attorney-client relationship has been severely compromised as I did not receive the 15 years my attorney promised I would receive if I entered into the agreement worked out between him and the government. I was swindled by the ineffective assistance rendered by my attorney and I wish to exercise my constitutional right to appeal the proceeding.

My wish to go forward with appeal became the topic at the February 6, 2019 conference where the government took the position that I waived my right to appeal as part of entering into the plea deal, however, my attorney lied about the time I would receive for entering into the agreement and the government failed to honor the bargain agreed to nor was forthcoming to the Court regarding such. Therefore, I wish for my Notice of Appeal to be honored and to be permitted to go forward with my appeal.

I now write this Court to know what is the status of my Notice of Appeal as nearly eight months has passed and I have still received nothing in regards to it, to request to be appointed effective counsel that may represent me going forward with this

process, and for an updated docket sheet for the purpose of assuring that everything I have requested thus far is reflected in the record bearing in mind that the time that has gone by without correspondence from the Court regarding a duly filed Notice of Appeal suggests that something is wrong in this process.

Thank you for your attention in this matter.

Sincerely,

FELIX ROJAS /s/
Felix Rojas

Felix Rojas  81210053
MDC-Brooklyn
P.O. Box 329002
Brooklyn, N.Y. 11232

Clerk of Court
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

LEGAL MAIL